**[Dtrnabk]** [District Transmittal of Notice of Appeal – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                      Case No. 6:22–bk–03852–GER
                                                                                            Chapter 11

Malibu Bay Homeowners Association Two, LLC



_____Debtor(s)_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this case.

Notice of Appeal filed by Malibu Bay Homeowners Association Two, LLC on April 5, 2023 (Doc. No. 69).

Title of order appealed is Order Dismissing Case and Denying Motion to Extend Time for Confirmation and Order Granting Motion For Relief From Stay and (Doc. No. Enter Doc. No. 66 and 68) entered on March 24, 2023 and March 30, 2023.

The party or parties included in the appeal to District Court are:

APPELLANT: Malibu Bay Homeowners Association Two, LLC

   ATTORNEY: Henry G. Gyden, 1228 East 7th Ave, Suite 200, Tampa, FL 33605

APPELLEE: Nextgear Financial LLC

   ATTORNEY: Erick P. Steffens, 250 International Plwy, Ste 100, Lake Mary, FL 32746


Eric A Morgan
Morgan Law PA
2800 Aurora Road
Suite J
Melbourne, FL 32935

Audrey M Aleskovsky
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street
Suite 1100
Orlando, FL 32801

Jeffrey S. Fraser, Esq.
Florida Bar No. 85894
Albertelli Law
Attorney for Secured Creditor

PO Box 23028
Tampa, FL 33623

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

*Notice of Appeal

The debtor's county of residence is Orange County, Florida.

DATED on April 11, 2023

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street.
Suite 5100
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.