IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC,

Case No: 6:22-bk-03852-GER

Chapter 11

Debtor.
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that Debtor, MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC, by and through their undersigned counsel, hereby appeals to the United States District of the Middle District of Florida under 28 U.S.C. §158(a) the following final order:  (1) Order (1) Dismissing Case and (2) Denying Motion to Extend Time for Confirmation [Doc. 66] entered in this proceedings on March 24, 2023; and (2) Order Granting Motion for Relief from Stay [Doc. 68] entered in these proceedings on March 30, 2023, by the Honorable Grace E. Robson.

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Debtor**

Malibu Bay Homeowners Association Two, LLC
530-B HARKLE ROAD, STE 100
Santa Fe, NM 87505

**Counsel for Debtor**

1

Eric A Morgan
Morgan Law PA
2800 Aurora Road
Suite J
Melbourne, FL 32935
(321) 253-6223
Fax : (321) 253-6225
Email: spacecoastlawyer@gmail.com

**Counsel for Creditor – U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2**

Jeffrey S. Fraser, Esq.
Florida Bar No. 85894
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
Email: jfraser@alaw.net

**Trustee**

Audrey M Aleskovsky
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801
407-648-6301 Ext 130
Fax : 407-648-6323
Email: Audrey.M.Aleskovsky@usdoj.gov
U.S. Trustee
United States Trustee - ORL

**Office of the United States Trustee**

George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

2

Dated this 5th day of April, 2023.

    /s/Henry G. Gyden
**HENRY G. GYDEN, ESQUIRE**
Florida Bar No. 0158127
GYDEN LAW GROUP, P.A.
1228 East 7th Ave.
Suite 200
Tampa, Florida 33605
(813) 493-4181
(813) 337-0244 FAX
Appellate Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2023, a true and correct copy of the foregoing Notice of Appeal was filed through the Court's CM/ECF Noticing System that will serve a copy electronically to all registered CM/ECF participants.

/s/Henry G. Gyden
**HENRY G. GYDEN, ESQUIRE**
Florida Bar No. 0158127
GYDEN LAW GROUP, P.A.
1228 East 7th Ave. Suite 200
Tampa, Florida 33605
(813) 493-4181
(813) 337-0244 FAX
Appellate Counsel for Debtor