**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                     Richard Banke
Clerk of Court                                                                  Orlando Division Manager

**In Re: In Re: Malibu Bay Homeowners Association**
**Two, LLC**

**MALIBU BAY HOMEOWNERS ASSOCIATION**
**TWO, LLC,**

         **Appellant,**

**v.**                                                                **Case No: 6:23-cv-653-RBD**

**NEXTGEAR FINANCIAL LLC,**

         **Appellee.**

_____

### NOTICE OF FILING BANKRUPTCY APPEAL IN THE DISTRICT COURT

### BANKRUPTCY CASE NO. 6:22-bk-03852-GER

A notice of appeal was filed on April 11, 2023.

The appeal has been assigned to the Honorable Roy B. Dalton, Jr. for all further proceedings.

Parties shall comply with the filing and format requirements established by Rule 8018 of the Rules of Bankruptcy Procedure and Rule 1.05 of the Local Rules of the United States District Court for the Middle District of Florida. All pleadings and/or other instruments related to this appeal shall be filed in the District Court.  The caption of *all* pleadings and/or other instruments filed in this Court shall contain all of the District Court and Bankruptcy Court case numbers referenced above.  Failure to comply may result in the pleading being rejected for filing, misrouted, or otherwise delayed in processing.

                 ELIZABETH M. WARREN, CLERK

                 By:      s/RPB, Deputy Clerk

Copies furnished to:

Counsel of Record