# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
# www.flmd.uscourts.gov

In re:

Malibu Bay Homeowners
Association Two, LLC,

                    Debtor.
_____/

Malibu Bay Homeowners
Association Two, LLC,

                    Appellant,

v.

                                                     Case No. 6:23-cv-00653-RBD

Mary Ida Townson, United
States Trustee for Region 21,
and Nextgear Financial, LLC,

                    Appellees.
_____/

## NOTICE OF APPEARANCE FOR APPELLEE, MARY IDA TOWNSON, UNITED STATES TRUSTEE FOR REGION 21

    PLEASE TAKE NOTICE that the undersigned attorney, JILL E. KELSO, files this Notice of Appearance for Appellee, Mary Ida Townson, United States Trustee for Region 21.  Counsel requests that copies of all pleadings, orders, memoranda, briefs, and other papers filed in this matter be served upon her and provides notice of the following e-mail address for service:

Counsel's Name:        Jill E. Kelso, Trial Attorney
Service E-Mail Address:   jill.kelso@usdoj.gov

Respectfully submitted,

Mary Ida Townson
United States Trustee for Region 21

  */s/ Jill Ellen Kelso*
Jill Ellen Kelso, Trial Attorney and
Appellate Coordinator for Region 21
Florida Bar No. 0578541
Office of the United States Trustee
U.S. Department of Justice
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.:   (407) 648-6301
Facsimile No.:   (407) 648-6323
Email: jill.kelso@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been served on April 17, 2023, through CM/ECF upon all parties appearing electronically and consenting to electronic service in the instant proceeding, and/or by both U.S. Mail, postage prepaid, and electronic mail on the following:

| | |
|---|---|
| Henry G. Gyden, Esquire | Erick Steffens, Esquire |
| Gyden Law Group | Steffens Law Firm PLLC |
| 1228 East 7th Ave., Suite 200 | 250 International Parkway, Suite 100 |
| Tampa, FL 33605 | Lake Mary, Florida 32746 |
| Email: hgyden@gydenlaw.com | E-mail: erick@steffens-law.com |
| Counsel for Appellant Malibu Bay Homeowners Association Two, LLC | Bankruptcy Court Counsel for Appellee Nextgear Financial LLC |

　　　　　　　　　　　　　　　　　　*/s/ Jill Ellen Kelso*
　　　　　　　　　　　　　　　　　　Jill Ellen Kelso, Trial Attorney