**[Dtrnrbk]** [District Transmittal of Record on Appeal – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                  Case No. 6:22–bk–03852–GER
                                                                                        Chapter 11

                                                                                        District Court Case No.
Malibu Bay Homeowners Association Two, LLC                                              6:23-cv-653-RBD


_____Debtor(s)_____/

TRANSMITTAL OF RECORD TO DISTRICT COURT

   This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in a contested matter in this bankruptcy case.

   Re: Notice of Appeal filed by Malibu Bay Homeowners Association Two, LLC on April 5, 2023 (Doc. No. 90) and transmitted to District Court on April 11, 2023.

   The party or parties included in the appeal to District Court are:

   APPELLANT: Malibu Bay Homeowners Association Two, LLC, 530–B HARKLE ROAD, STE 100 Santa Fe, NM 87505

      ATTORNEY: Henry G Gyden, 1228 East 7th Avenue, Suite 200 Tampa, FL 33605

   APPELLEE: Nextgear Financial LLC

      ATTORNEY: Erick P. Steffens, 250 International Plwy, Ste 100, Lake Mary, FL 32746

   ADDITIONAL PARTIES IN INTEREST INCLUDE:

      Eric A Morgan
      Morgan Law PA
      2800 Aurora Road
      Suite J
      Melbourne, FL 32935

      Audrey M Aleskovsky
      Office of the United States Trustee
      400 West Washington Street
      Suite 1100
      Orlando, FL 32801

      Jeffrey S. Fraser, Esq.
      Albertelli Law
      PO Box 23028
      Tampa, FL 33623

   The items included in this transmittal pursuant to Fed. R. Bankr. P. 8009 and 8010 are:

The notice of appeal

The judgment, order, or decree being appealed

Electronic Exhibits, if applicable

The debtor's county of residence is Orange County, Florida.

DATED on May 5, 2023

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street.
Suite 5100
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.