**ORDERED.**

**Dated: March 23, 2023**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Malibu Bay Homeowners Association Two, LLC, | ) | Case No. 6:22-bk-03852-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER (1) DISMISSING CASE AND (2) DENYING
MOTION TO EXTEND TIME FOR CONFIRMATION**

This case came before the Court on March 23, 2023 at 9:30 a.m. for a status conference as well as to consider the Motion to Extend Time for Confirmation[1] (Doc. No. 53). On October 26, 2022, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code. On February 23, 2023, Malibu Bay Homeowners Association Two, LLC (the "Debtor") filed its Plan of Reorganization[2] (Doc. No. 52) and later filed its Motion to Extend Time for Confirmation (Doc. No. 53).

After a hearing on March 7, 2023, the Court found that the Plan of Reorganization was not confirmable and gave the Debtor until March 21, 2023 to file an amended plan.[3] The Debtor

---

[1] *Debtor-in-Possession's Motion to Extend the Time for Confirmation of Plan Pursuant to 11 U.S.C. § 1129(e)* (the "Motion to Extend Time for Confirmation").
[2] *Malibu Bay Homeowners Association Two, LLC Plan of Reorganization* ("Plan of Reorganization").
[3] *Order Setting (1) Deadline to File Amended Plan and (2) Hearing to Consider Motion to Extend Time for Confirmation* (Doc. No. 57).

failed to timely file an amended plan, has failed to file monthly operating reports and comply with requirements set forth in previous Court orders, and has failed to make any progress in this case, which constitutes cause to dismiss the case. Accordingly, for the reasons stated in open court, it is

**ORDERED:**

1. This case is **DISMISSED**.

2. The Motion to Extend Time for Confirmation (Doc. No. 53) is **DENIED**.

# # #

The Clerk is directed to serve a copy of this order on interested parties.