**ORDERED.**

**Dated: March 30, 2023**

*Grace E. Robson*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

MALIBU BAY HOMEOWNERS
ASSOCIATION TWO, LLC
    Debtor

Case No.  6:22-bk-03852-GER
Chapter:   11

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

(Re:  real property located at 626 NW 208th Way, Pembroke Pines, FL 33029)

THIS CAUSE, came on for consideration on hearing March 23, 2023, at 9:30AM, on Movant's Motion for Relief from Stay filed by Nextgear Financial LLC ("Movant")(Document No.35). No appropriate response having been filed and in accordance with the Court's ruling at said hearing, it is,

ORDERED:

1. The motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**Building 59, Unit 386, A Portion of Tract "H", of CHAPEL TRAIL II, according to Plat thereof as recorded in Plat Book 112, Page 16, of the Public Records of Broward County, Florida.**

3. The order granting relief from stay is entered for the purpose of allowing Movant to complete relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further relief as is just against debtor.

Creditors counsel, Erick Steffens Esq., is directed to serve a copy of this order on interested parties and file proof of service within 3 days of entry of the order.