**ORDERED.**

**Dated: April 11, 2023**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re )<br> )<br>Malibu Bay Homeowners Association Two, LLC, )<br> )<br>      Debtor. )<br> ) | Case No. 6:22-bk-03852-GER<br>Chapter 11 |

**ORDER SUPPLEMENTING ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY TO CLARIFY DOCKET NUMBER**

This case came before the Court on its own motion. On March 30, 2023, the Court entered the *Order Granting Relief from the Automatic Stay* (Doc. No. 68) (the "Order"). The Order included the wrong Docket Number for the *Motion for Relief from the Automatic Stay* (the "Motion") filed by Nextgear Financial LLC;[1] the correct Docket Number for the Motion is Docket Number 54.[2] Accordingly, it is

**ORDERED:**

1. The Order (Doc. No. 68) is supplemented to correct the Docket Number of the Motion to Docket Number 54.

# # #

The Clerk is directed to serve a copy of this order on interested parties.

---

[1] The Order in error references Docket Number 35.
[2] Debtor Malibu Bay Homeowners Association Two, LLC appealed the Order on April 5, 2023 (Doc. No. 69). Because the Order has been appealed, the Court no longer can issue an Amended Order to correct the scrivener's error.