Show Enhanced Docket Report

**DsclsDue, SmBus, DISMISSED, APPEAL**

# U.S. Bankruptcy Court
## Middle District of Florida (Orlando)
### Bankruptcy Petition #: 6:22-bk-03852-GER

*Assigned to:* Grace E. Robson
Chapter 11
Voluntary
Asset

*Date filed:* 10/26/2022
*Debtor dismissed:* 03/24/2023
*341 meeting:* 12/05/2022

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor**<br>**Malibu Bay Homeowners Association Two, LLC**<br>530-B HARKLE ROAD, STE 100<br>Santa Fe, NM 87505<br>ORANGE-FL<br>Tax ID / EIN: 92-0833417 | represented by **Eric A Morgan**<br>Morgan Law PA<br>2800 Aurora Road<br>Suite J<br>Melbourne, FL 32935<br>(321) 253-6223<br>Fax : (321) 253-6225<br>Email: spacecoastlawyer@gmail.com<br><br>**Henry G Gyden**<br>Gyden Law Group<br>1228 East 7th Avenue, Suite 200<br>Tampa, FL 33605<br>813-493-4181<br>Fax : 813-337-0244<br>Email: hgyden@gydenlaw.com |
| **U.S. Trustee**<br>**United States Trustee - ORL**<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>407-648-6301 | represented by **Audrey M Aleskovsky**<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801<br>407-648-6301 Ext 130<br>Fax : 407-648-6323<br>Email: Audrey.M.Aleskovsky@usdoj.gov<br><br>**Jill E Kelso**<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801<br>(407) 648-6301<br>Fax : (407) 648-6323<br>Email: jill.kelso@usdoj.gov |

Show Enhanced Docket Report

One Click Hearings
No Sua Sponte eOrders found for this case
Display eOrder History for this case

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2023 | 86 (1 pg) | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent to Request Redaction of Transcript. Notice of Intent to Request Redaction of Transcript to be filed within 7 calendar days of the date of service of this notice, but an additional three days may be added if the notice is served by U.S. Mail (related document(s)79). (Pollett, Lisa) (Entered: 04/18/2023) |
| 04/18/2023 | 85 (1 pg) | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent to Request Redaction of Transcript. Notice of Intent to Request Redaction of Transcript to be filed within 7 calendar days of the date of service of this notice, but an additional three days may be added if the notice is served by U.S. Mail (related document(s)78). (Pollett, Lisa) (Entered: 04/18/2023) |
| 04/18/2023 | 84 (1 pg) | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent to Request Redaction of Transcript. Notice of Intent to Request Redaction of Transcript to be filed within 7 calendar days of the date of service of this notice, but an additional three days may be added if the notice is served by U.S. Mail (related document(s)77). (Pollett, Lisa) (Entered: 04/18/2023) |
| 04/18/2023 | 83 (1 pg) | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent to Request Redaction of Transcript. Notice of Intent to Request Redaction of Transcript to be filed within 7 calendar days of the date of service of this notice, but an additional three days may be added if the notice is served by U.S. Mail (related document(s)76). (Pollett, Lisa) (Entered: 04/18/2023) |
| 04/14/2023 | 82 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 73)). Notice Date 04/14/2023. (Admin.) (Entered: 04/15/2023) |
| 04/14/2023 | 81 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 72)). Notice Date 04/14/2023. (Admin.) (Entered: 04/15/2023) |
| 04/14/2023 | 80 (3 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 74)). Notice Date 04/14/2023. (Admin.) (Entered: 04/15/2023) |
| 04/14/2023 | 79 (14 pgs) | Transcript Regarding Hearing Held March 23, 2023 on Motion for Relief from Stay by Nextgear Financial; Debtor's Motion to Extend Time for Confirmation of Plan. To purchase a copy of this transcript, please contact Accredited Court Reporters: 407-246-1717 *407-443-9289*. Transcript access will be restricted through 07/13/2023. (Accredited Court Reporters) (Entered: 04/14/2023) |
| 04/14/2023 | 78 (19 pgs) | Transcript Regarding Hearing Held March 7, 2023 on Status Conference; Debtor's Motion to Extend Time for Confirmation of Plan. To purchase a copy of this transcript, please contact Accredited Court Reporters: 407- |

| Date | Doc # | Description |
|---|---|---|
|  |  | 246-1717 *407-443-9289*. Transcript access will be restricted through 07/13/2023. (Accredited Court Reporters) (Entered: 04/14/2023) |
| 04/14/2023 | 77 (15 pgs) | Transcript Regarding Hearing Held February 7, 2023 on Cont'd Status Conference; Motion for Relief from Stay by U.S. Bank. To purchase a copy of this transcript, please contact Accredited Court Reporters: 407-246-1717 *407-443-9289*. Transcript access will be restricted through 07/13/2023. (Accredited Court Reporters) (Entered: 04/14/2023) |
| 04/14/2023 | 76 (18 pgs) | Transcript Regarding Hearing Held December 8, 2022 on Status Conference. To purchase a copy of this transcript, please contact Accredited Court Reporters: 407-246-1717 *407-443-9289*. Transcript access will be restricted through 07/13/2023. (Accredited Court Reporters) (Entered: 04/14/2023) |
| 04/13/2023 | 75 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 71)). Notice Date 04/13/2023. (Admin.) (Entered: 04/14/2023) |
| 04/12/2023 | 74 (1 pg) | Notice to Appellant of Responsibilities (related document(s)69). (Pollett, Lisa) (Entered: 04/12/2023) |
| 04/12/2023 | 73 (3 pgs) | Certificate of Mailing via Bankruptcy Noticing Center of Notice of Appeal (related document(s)69). (Pollett, Lisa) Modified on 4/12/2023 (Pollett, Lisa). (Entered: 04/12/2023) |
| 04/11/2023 | 72 (2 pgs) | Transmittal of Notice of Appeal to District Court. Case No. 6-23-cv-653-RBD (related document(s)69). (Pollett, Lisa) (Entered: 04/12/2023) |
| 04/11/2023 | 71 (1 pg) | Order *Supplementing Order Granting Relief from the Automatic Stay to Clarify Docket Number* (related document(s)68). Service Instructions: Clerks Office to serve. (Pollett, Lisa). Related document(s) 54, 68. Modified on 4/12/2023 (Morrow, Penny). (Entered: 04/11/2023) |
| 04/10/2023 | 70 (1 pg) | Notice of Appearance Filed by Jill E Kelso on behalf of U.S. Trustee United States Trustee - ORL. (Kelso, Jill) (Entered: 04/10/2023) |
| 04/05/2023 |  | Receipt of Filing Fee for Notice of Appeal( 6:22-bk-03852-GER) [appeal,ntcapl] ( 298.00). Receipt Number A72159084, Amount Paid $ 298.00 (U.S. Treasury) (Entered: 04/05/2023) |
| 04/05/2023 | 69 (3 pgs) | Notice of Appeal. (Fee Paid.) Filed by Henry G Gyden on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)66, 68). Appellant Designation due by 04/19/2023. (Gyden, Henry) (Entered: 04/05/2023) [BKAPPEAL01] |
| 04/05/2023 |  | A properly docketed and related Proof or Certificate of Service for Order 68 is not indicated on the docket. Erick Steffens is reminded to serve the order and to file a properly docketed and related Proof of Service indicating service or contact the Court if this reminder entry appears to be entered in error. Failure to do so may result in further action. (ADIclerk) (Entered: 04/05/2023) |
| 03/30/2023 | 68 (2 pgs) | Order Granting Motion For Relief From Stay *by Nextgear Financial LLC* (Related Doc 35) Service Instructions: Erick Steffens is directed to serve a copy of this order on interested parties and file a proof of service within |

| | | |
|---|---|---|
| | | 3 days of entry of the order. (Bonilla, Adrienne). Related document(s) 54. Modified on 4/12/2023 (Morrow, Penny). (Entered: 03/30/2023) |
| 03/26/2023 | 67 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 66)). Notice Date 03/26/2023. (Admin.) (Entered: 03/27/2023) |
| 03/24/2023 | 66 (2 pgs) | *Order Dismissing Case and (2) Denying Motion to Extend Time for Confirmation.* (related document(s)53, 52, 64). Service Instructions: Clerks Office to serve. (Bonilla, Adrienne) (Entered: 03/24/2023) |
| 03/23/2023 | 65 (1 pg) | PDF with attached Audio File. Court Date & Time [03/23/2023 09:36:58 AM]. File Size [ 3610 KB ]. Run Time [ 00:07:29 ]. (admin). (Entered: 03/23/2023) |
| 03/23/2023 | 64 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Eric Morgan (Debtor Atty); Bryan Buenaventura (US Trustee Atty); Erick Steffens (Nextgear Atty); **RULING:** Cont. Status Conference - **Case Dismissed:Order by Chambers;** 1) Nextgear's Motion for Relief from Stay Re: Real Property: 626 NW 208th Way, Pembroke Pines, FL 33029 **(Doc #54) - Granted:Order by Steffens;** 2) Debtor's Motion to Extend Time for Confirmation of Plan **(Doc #53) - Denied:Order by Chambers;** (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court** . (Miguenes, Bill) (Entered: 03/23/2023) |
| 03/22/2023 | | Receipt of Filing Fee for Motion for Relief From Stay( 6:22-bk-03852-GER) [motion,mrlfsty] ( 188.00). Receipt Number A72057023, Amount Paid $ 188.00 (U.S. Treasury) (Entered: 03/22/2023) |
| 03/22/2023 | 63 (73 pgs; 10 docs) | Motion for Relief from Stay. (Fee Paid.) Re: 7353 Lawn Tennis Lane, Jacksonville, Florida 32277. Contains negative notice. Filed by Seth J Greenhill on behalf of Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee (Attachments: # 1 Exhibit A # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit H) (Greenhill, Seth) (Entered: 03/22/2023) [Terminated on 03/24/2023] [CM03] |
| 03/21/2023 | 62 (3 pgs) | Certificate of Service Re: Notice of Order Scheduling Hearing. Filed by Erick Steffens on behalf of Creditor Nextgear Financial LLC (related document(s)58). (Steffens, Erick) (Entered: 03/21/2023) |
| 03/15/2023 | | A properly docketed and related Proof or Certificate of Service for Order 58 is not indicated on the docket. Erick Steffens is reminded to serve the order and to file a properly docketed and related Proof of Service indicating service or contact the Court if this reminder entry appears to be entered in error. Failure to do so may result in further action. (ADIclerk) (Entered: 03/15/2023) |
| 03/12/2023 | 61 (5 pgs) | Proof of Service of Order Setting (1) Deadline to File Amended Plan And (2) Hearing to Consider Motion to Extend Time for Confirmation. Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)57). (Morgan, Eric) (Entered: 03/12/2023) |

| | | |
|---|---|---|
| 03/11/2023 | [60](#) (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [59](#))). Notice Date 03/11/2023. (Admin.) (Entered: 03/12/2023) |
| 03/09/2023 | [59](#) (1 pg) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. NG - (ADIclerk) (Entered: 03/09/2023) |
| 03/09/2023 | [58](#) (2 pgs) | Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay (related document(s)[54](#)). Hearing scheduled for 3/23/2023 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Service Instructions: Erick Steffens is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Grammel, Laura) (Entered: 03/09/2023) |
| 03/08/2023 | [57](#) (2 pgs) | Order *Setting (1) Deadline to File Amended Plan (due 3/21/2023) and (2) Hearing To Consider Motion To Extend Time For Confirmation. Hearing on March 23, 2023 at 9:30 a.m. at the United States Bankruptcy Court, Sixth Floor, Courtroom D, 400 West Washington Street, Orlando, Florida 32801* (related document(s)[53](#), [52](#)). Service Instructions: Eric Morgan is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Hill, Rutha) (Entered: 03/08/2023) |
| 03/08/2023 | [55](#) (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [03/07/2023 01:57:30 PM]. File Size [ 8350 KB ]. Run Time [ 00:17:30 ]. (admin). (Entered: 03/08/2023) |
| 03/07/2023 | [56](#) (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Eric Morgan (Debtor Atty); Jill Kelso (US Trustee Atty); **RULING:** Cont. Status Conference - **cont. to March 23, 2023 at 9:30 am (AOCNFNG);** Debtor's Motion to Extend Time for Confirmation of Plan **(Doc #53) - cont. to March 23, 2023 at 9:30 am (AOCNFNG); Note: Chapter 11 plan (Doc #52) - Debtor to amend plan by March 21, 2023; (gww).** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court** . (Miguenes, Bill) (Entered: 03/08/2023) |
| 03/02/2023 | | Receipt of Filing Fee for Motion for Relief From Stay( [6:22-bk-03852-GER](#)) [motion,mrlfsty] ( 188.00). Receipt Number A71934792, Amount Paid $ 188.00 (U.S. Treasury) (Entered: 03/02/2023) |
| 03/02/2023 | [54](#) (4 pgs) | Motion for Relief from Stay. (Fee Paid.) Re: Real Property: 626 NW 208th Way, Pembroke Pines, FL 33029. Contains negative notice. Filed by Erick Steffens on behalf of Creditor Nextgear Financial LLC (Steffens, Erick) (Entered: 03/02/2023) [Granting by #[68](#)] [CM03] |
| 02/24/2023 | [53](#) (3 pgs) | Motion to Extend Time for Confirmation of Plan. Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)[52](#)). (Morgan, Eric) Modified on 2/27/2023 (Coleman, Faye). (Entered: 02/24/2023) [Terminated on 03/24/2023] |
| 02/23/2023 | [52](#) (14 pgs) | Chapter 11 Plan of Reorganization . Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC. (Morgan, Eric |

| | | |
|---|---|---|
| | | (Entered: 02/23/2023) [BKPLAN02] |
| 02/18/2023 | 51 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 50)). Notice Date 02/18/2023. (Admin.) (Entered: 02/19/2023) |
| 02/16/2023 | 50 (1 pg) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. NG - (ADIclerk) (Entered: 02/16/2023) |
| 02/10/2023 | 49 (1 pg) | Certificate of Service Re: Order Granting in Part Motion for Relief from Stay. Filed by Jeffrey S Fraser on behalf of Creditor U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 (related document(s)48). (Fraser, Jeffrey) (Entered: 02/10/2023) |
| 02/09/2023 | 48 (2 pgs) | Order Granting in Part Motion For Relief From Stay (Related Doc # 35) Service Instructions: Jeffrey Fraser is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Bonilla, Adrienne) (Entered: 02/09/2023) |
| 02/07/2023 | 47 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Eric Morgan (Debtor Atty); Jeffrey Fraser (US Bank Atty); Audrey Aleskovsky (US Trustee Atty); **RULING:** Cont. Status Conference - **cont. to March 7, 2023 at 2:00 pm (AOCNFNG);** 1) (US Bank's) Motion for Relief from Stay. (Fee Paid.) Re: 626 NW 208th Way Pembroke Pines, FL 33029 **(Doc #35) - Granted in part, sale after 90 days:Order by Fraser;** (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court** . (Miguenes, Bill) (Entered: 02/07/2023) |
| 02/07/2023 | 46 (1 pg) | PDF with attached Audio File. Court Date & Time [02/07/2023 09:26:25 AM]. File Size [ 6924 KB ]. Run Time [ 00:14:30 ]. (admin). (Entered: 02/07/2023) |
| 02/07/2023 | 45 (2 pgs) | Notice of Appearance and Request for Notice Filed by Jeffrey S Fraser on behalf of Creditor U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2. (Fraser, Jeffrey) (Entered: 02/07/2023) |
| 02/07/2023 | 43 (4 pgs) | Response to *Motion for Relief from Stay of U.S. Bank* Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)35). (Morgan, Eric) Modified on 2/8/2023 (Morrow, Penny). (Entered: 02/07/2023) |
| 02/06/2023 | 42 (2 pgs) | Notice of Withdrawal of *U.S. Trustee's Motion to Dismiss* Filed by U.S. Trustee United States Trustee - ORL (related document(s)31). (Aleskovsky, Audrey) (Entered: 02/06/2023) |
| 02/03/2023 | 41 (4 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 40)). Notice Date 02/03/2023. (Admin.) (Entered: 02/04/2023) |
| 02/02/2023 | 44 (4 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 39)). Notice Date 02/02/2023. (Admin.) (Entered: 02/07/2023) |

| | | |
|---|---|---|
| 02/01/2023 | 40 (2 pgs) | Order Denying Motion to Confirm Termination or Absence of Stay *, or in the Aternative, an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. Sec. 362(d)* (Related Doc # 38) Service Instructions: Clerks Office to serve. (Kerkes, Deborah) (Entered: 02/01/2023) |
| 01/31/2023 | 39 (2 pgs) | Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay *filed by U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2* (related document(s)35). Hearing scheduled for 2/7/2023 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Service Instructions: Clerks Office to serve. (Perkins, Cathy) (Entered: 01/31/2023) |
| 01/31/2023 | 38 (6 pgs) | Motion for an Order Confirming No Automatic Stay is in Effect, or in the Alternative, an Order Granting Relief from the Automatic Stay Pusuant to 11 U.S. C. Sec. 362(d). Contains negative notice. Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (Morgan, Eric) Modified on 2/1/2023 (Kerkes, Deborah). (Entered: 01/31/2023) [Denying by #40] |
| 01/27/2023 | | Receipt of Filing Fee for Motion for Relief From Stay( 6:22-bk-03852-GER) [motion,mrlfsty] ( 188.00). Receipt Number A71713587, Amount Paid $ 188.00 (U.S. Treasury) (Entered: 01/27/2023) |
| 01/27/2023 | 35 (14 pgs) | Motion for Relief from Stay. (Fee Paid.) Re: 626 NW 208th Way Pembroke Pines, FL 33029. Filed by Jeffrey S Fraser on behalf of Creditor U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 (Fraser, Jeffrey) (Entered: 01/27/2023) [Granting in Part by #48] [CM03] |
| 01/25/2023 | 37 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 33)). Notice Date 01/25/2023. (Admin.) (Entered: 01/30/2023) |
| 01/25/2023 | 36 (4 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 32)). Notice Date 01/25/2023. (Admin.) (Entered: 01/30/2023) |
| 01/25/2023 | 34 (6 pgs) | Small Business Monthly Operating Report for Filing Period December, 2022 Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC. (Morgan, Eric) (Entered: 01/25/2023) |
| 01/23/2023 | 33 (1 pg) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. NG - (ADIclerk) (Entered: 01/23/2023) |
| 01/23/2023 | 32 (2 pgs) | Notice of Preliminary Hearing on Motion to Dismiss Case (related document(s)31). Hearing scheduled for 2/7/2023 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Perkins, Cathy) (Entered: 01/23/2023) |

| Date | Doc | Description |
|---|---|---|
| 01/20/2023 | 31 (6 pgs) | Motion to Dismiss Case . Filed by U.S. Trustee United States Trustee - ORL. (Aleskovsky, Audrey) (Entered: 01/20/2023) [Terminated on 02/06/2023] [CM15] |
| 01/05/2023 | 30 (3 pgs) | Notice of Appearance and Request for Notice Filed by Seth J Greenhill on behalf of Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee. (Greenhill, Seth) (Entered: 01/05/2023) |
| 12/22/2022 | 29 (6 pgs) | Small Business Monthly Operating Report for Filing Period November 2022 Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC. (Morgan, Eric) (Entered: 12/22/2022) |
| 12/18/2022 | 28 (4 pgs) | Proof of Service of Order Authorizing Employment of Attorney. Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)27). (Morgan, Eric) (Entered: 12/18/2022) |
| 12/16/2022 | 27 (2 pgs) | Order Approving Application to Employ/Retain *Eric A. Morgan as Attorney for Debtor in Possession* (Related Doc # 23). Service Instructions: Eric Morgan is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Pollett, Lisa) (Entered: 12/16/2022) |
| 12/14/2022 | 26 (1 pg) | PDF with attached Audio File. Court Date & Time [12/08/2022 09:44:00 AM]. File Size [ 5796 KB ]. Run Time [ 00:12:06 ]. (admin). (Entered: 12/14/2022) |
| 12/13/2022 | | **ERROR NOTIFICATION** to Eric Morgan. The event you selected does not match the Pdf image you filed. **NO ACTION WILL BE TAKEN BY THE COURT ON THIS FILING,** (related document(s) 25). (Kerkes, Deborah) (Entered: 12/13/2022) |
| 12/12/2022 | 25 (31 pgs) | **DOCUMENT NOT PROCESSED (Docket event/PDF combination do not match). NO ACTION WILL BE TAKEN BY THE COURT ON THIS DOCUMENT.** Proof of Service *1st & 2nd Amend SOFA, 1st Amend Vol Pet, Dec Pen Perj, 1st Amend Dec Pen Perj, H, 1st Amend App Retain, Dec re 1116* Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)24, 19, 21, 18, 20, 22). (Morgan, Eric) Modified on 12/13/2022 (Kerkes, Deborah) (Entered: 12/12/2022) |
| 12/12/2022 | 24 (2 pgs) | Declaration re: *DECLARATION OF OLEH VASELOV, MANAGING MEMBER OF MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC IN SUPPORT OF DEBTORs AMENDED VOLUNTARY PETITION ESTABLISHING DEBTOR-IN-POSSESSION SMALL BUSINESS STATUS* Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC. (Morgan, Eric) (Entered: 12/12/2022) |
| 12/12/2022 | | The Application to Employ/Retain (Doc 23) appears to be the type of motion or application listed on the Court's Accompanying Orders List posted on the Court's website (Click here to view). Local Rule 9072-1(b)(1) states that if a motion or application is listed on the Accompanying Orders List, counsel may submit a proposed order at the time that the motion or application is filed. Counsel for the moving party is directed to |

| | | |
|---|---|---|
| | | verify that the motion or application is listed on the Accompanying Orders List, and if so, to submit a proposed order granting the motion or approving the application. (ADIclerk) (Entered: 12/12/2022) |
| 12/12/2022 | 🌐 | The United States Trustee states that the initial meeting of creditors was held and concluded on **12/12/2022**. Filed by U.S. Trustee United States Trustee - ORL. (Aleskovsky, Audrey) (Entered: 12/12/2022) |
| 12/12/2022 | 🌐 [23](#) <br>(6 pgs) | Application to Retain Eric Morgan as Attorney Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)[1](#)). (Morgan, Eric) (Entered: 12/12/2022) [Approving by #[27](#)] [CM41] |
| 12/12/2022 | 🌐 [22](#) <br>(7 pgs) | First Amended Statement of Financial Affairs *to clarify #26* Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC. (Morgan, Eric) (Entered: 12/12/2022) |
| 12/12/2022 | 🌐 [21](#) <br>(1 pg) | Amended Schedule H, *to clarify whether co-owners are co-borrowers - they are not* Filing Fee Not Paid or Not Required. Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)[1](#)). (Morgan, Eric) Modified on 12/13/2022 (Kerkes, Deborah). (Entered: 12/12/2022) |
| 12/12/2022 | 🌐 [20](#) <br>(1 pg) | Declaration under Penalty of Perjury for Non-Individual Debtors *pertaining to amend vol pet, dec pen perj, amend H, amend SOFA 26* Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC. (Morgan, Eric) (Entered: 12/12/2022) |
| 12/12/2022 | 🌐 [19](#) <br>(1 pg) | First Amended Declaration under Penalty of Perjury for Non-Individual Debtors *to check boxes indicating various schedules* Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC. (Morgan, Eric) (Entered: 12/12/2022) |
| 12/12/2022 | 🌐 [18](#) <br>(4 pgs) | Amended Voluntary Petition. Reason for Amendment: to indicate small business. Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)[1](#)). (Morgan, Eric) (Entered: 12/12/2022) |
| 12/08/2022 | 🌐 [17](#) <br>(1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Audrey Aleskovsky (US Trustee Atty); Eric Morgan (Debtor Atty); **RULING:** Initial Status Conference - **cont. to February 7, 2023 at 9:30 am (AOCNFNG); (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). This docket entry/document is not an official order of the Court. (Miguenes, Bill) (Entered: 12/08/2022)** |
| 12/05/2022 | 🌐 | The United States Trustee states that the initial meeting of creditors was held and continued to the following date to allow further examination of the debtor(s) and/or the records of the debtor(s). Filed by U.S. Trustee United States Trustee - ORL. Section 341(a) meeting to be held on 12/12/2022 at 09:00 AM. US Trustee (Orl-Spec) will hold meeting telephonically. Call in No. 866-904-0751. Passcode: 5101043. (Aleskovsky, Audrey) (Entered: 12/05/2022) |
| 11/23/2022 | 🌐 [16](#) <br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [15](#)). Notice Date 11/23/2022. (Admin.) (Entered: |

| | | |
|---|---|---|
| | | 11/29/2022) |
| 11/21/2022 | 15 (1 pg) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. NG - (ADIclerk) (Entered: 11/21/2022) |
| 11/03/2022 | 14 (3 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 9)). Notice Date 11/03/2022. (Admin.) (Entered: 11/04/2022) |
| 11/03/2022 | 13 (4 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # 7)). Notice Date 11/03/2022. (Admin.) (Entered: 11/04/2022) |
| 11/02/2022 | 12 (1 pg) | Statement of Corporate Ownership. Corporate parents added to case: Fleet Financial LLC. Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)2). (Morgan, Eric) (Entered: 11/02/2022) |
| 11/02/2022 | 11 (1 pg) | List of 20 Largest Unsecured Creditors Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC. (Morgan, Eric) (Entered: 11/02/2022) |
| 11/02/2022 | 10 (4 pgs) | Chapter 11 Case Management Summary Filed by Eric A Morgan on behalf of Debtor Malibu Bay Homeowners Association Two, LLC (related document(s)2). (Morgan, Eric) (Entered: 11/02/2022) |
| 11/01/2022 | 9 (2 pgs) | Notice of Deficient Filing. Case Management Summary Not Filed, Credtors Not Uploaded, Corporate Ownership Statement Not Filed . (Bonilla, Adrienne) (Entered: 11/01/2022) |
| 11/01/2022 | 8 | **DOCUMENT NOT PROCESSED (Pdf Not Attached).** Notice of Deficient Filing. Case Management Summary Not Filed, Credtors Not Uploaded, Corporate Ownership Statement Not Filed . (Bonilla, Adrienne) Modified on 11/01/2022 (Bonilla, Adrienne) (Entered: 11/01/2022) |
| 11/01/2022 | 7 (2 pgs) | Notice of Bankruptcy Case . Section 341(a) meeting to be held on 12/5/2022 at 01:00 PM. U.S. Trustee (Orl) will hold the meeting telephonically. Call in Number: 877-801-2055. Passcode: 8940738#. Proofs of Claims due by 1/4/2023. (Bonilla, Adrienne) (Entered: 11/01/2022) |
| 10/31/2022 | 6 (1 pg) | Notice of Appearance and Request for Notice Filed by U.S. Trustee United States Trustee - ORL. (Aleskovsky, Audrey) (Entered: 10/31/2022) |
| 10/29/2022 | 5 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 2)). Notice Date 10/29/2022. (Admin.) (Entered: 10/30/2022) |
| 10/29/2022 | 4 (3 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 3)). Notice Date 10/29/2022. (Admin.) (Entered: 10/30/2022) |

| | | |
|---|---|---|
| 10/28/2022 | | Receipt of Filing Fee for Voluntary Petition (Chapter 11)( 6:22-bk-03852) [misc,volp11a2] (1738.00). Receipt Number A71147789, Amount Paid $1738.00 (U.S. Treasury) (Entered: 10/28/2022) |
| 10/27/2022 | 3 (1 pg) | Notice of Initial Status Conference . Hearing scheduled for 12/8/2022 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Bonilla, Adrienne) (Entered: 10/27/2022) |
| 10/27/2022 | 2 (2 pgs) | Order Authorizing Debtor-In-Possession to Operate Business. (ADIclerk) (Entered: 10/27/2022) |
| 10/27/2022 | | Assignment of the Honorable Grace E. Robson, Bankruptcy Judge to this case . (Pollett, Lisa) (Entered: 10/27/2022) |
| 10/26/2022 | | Debtor(s) Attorney and Unrepresented Debtor(s) are directed to comply with all requirements set forth in Local Rule 2081-1. The Court's Local Rule can be found at http://www.flmb.uscourts.gov/localrules/rules/2081-1.pdf. (ADIclerk) (Entered: 10/26/2022) |
| 10/26/2022 | 1 (31 pgs) | Voluntary Petition under Chapter 11. (Fee Paid.). Schedules and Summary of Assets, Statement of Financial Affairs Disclosure of Compensation, Filed by Eric A Morgan on behalf of Malibu Bay Homeowners Association Two, LLC. Chapter 11 Plan due by 02/23/2023. Disclosure Statement due by 02/23/2023. (Morgan, Eric) (Entered: 10/26/2022) |