**[Dtrnrbk]** [District Transmittal of Record on Appeal – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:22–bk–03852–GER<br>Chapter 11 |
| Malibu Bay Homeowners Association Two, LLC | District Court Case No.<br>6:23-cv-653-RBD |

_____ Debtor(s) _____/

SUPPLEMENTAL <u>TRANSMITTAL OF RECORD TO DISTRICT COURT</u>

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in a contested matter in this bankruptcy case.

Re: Notice of Appeal filed by Malibu Bay Homeowners Association Two, LLC on April 5, 2023 (Doc. No. 90) and transmitted to District Court on April 11, 2023.

The party or parties included in the appeal to District Court are:

APPELLANT: Malibu Bay Homeowners Association Two, LLC, 530B HARKLE ROAD, STE 100 Santa Fe, NM 87505

    ATTORNEY: Henry G Gyden, 1228 East 7th Avenue, Suite 200 Tampa, FL 33605

APPELLEE: Nextgear Financial LLC

    ATTORNEY: Erick P. Steffens, 250 International Plwy, Ste 100, Lake Mary, FL 32746

ADDITIONAL PARTIES IN INTEREST INCLUDE:

    Eric A Morgan
    Morgan Law PA
    2800 Aurora Road
    Suite J
    Melbourne, FL 32935

    Audrey M Aleskovsky
    Office of the United States Trustee
    400 West Washington Street
    Suite 1100
    Orlando, FL 32801

    Jeffrey S. Fraser, Esq.
    Albertelli Law
    PO Box 23028
    Tampa, FL 33623

    Jill Kelso
    Office of the United States Trustee

400 West Washington Street
Suite 1100
Orlando, FL 32801

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8009 and 8010 are:

Designation of the record of the appellee

Items designated by the parties

Any transcript ordered by the parties

The debtor's county of residence is Orange County, Florida.

DATED on May 10, 2023

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street.
Suite 5100
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.