UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                              Case No. 6:22-bk-03852-GER

**Malibu Bay Homeowners Association Two, LLC,**        Chapter 11

    Debtor(s).

_____/

<u>**DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY**</u>

**COMES NOW**, Debtor, Malibu Bay Homeowners Association Two, LLC, by and through undersigned counsel, pursuant to Local Rule 2081-1, files this, its Chapter 11 Case Management Summary (the "Summary"), and states:

**1.      Description of the Debtor's Business:**

Debtor is organized as an LLC, owning a ½ interest in 3 residential properties, along with other co-owners.

**2.      Location of the Debtor's Operations and Whether Leased or Owned:**

Debtor is located at 1326 W. Miller Ave., Orlando, FL 32805, but it does not own this property. As a New Mexico entity, Debtor has a NM mailing address as well: 530-B Harkle Road, Ste. 100, Santa Fe, NM 87505.

**3.      Reasons for Filing Chapter 11 Reorganization Case:**

Debtor seeks a cramdown of loans against its residential property interests.

**4.      List of Officers and Directors and their Salaries and Benefits at the Time of Filing and During the One Year Prior to Filing:**

Managing-Member: Fleet Financial, LLC

**5.      Debtor's Annual Gross Revenues:**

NA

6.  **Amounts Owed to Various Classes of Creditors:**

It is estimated that the total secured debt is: $1,133,590.30, owed to US Bank, National Assoc. ($460k), Bank of America ($387k), and Bank of New York Mellon ($253k). Smaller amounts are owed to 7353 Lawn Tennis Lane Land Trust ($11k), and Broward 202029 Business Trust ($10k). There is also an outstanding property tax debt of $3680.30 owed to Duval County Tax Collector.

7.  **General Description and Approximate Value of the Debtor's Current and Fixed Assets:**

Debtor owns a ½ interest in 3 residential properties. The properties are estimated to be worth less than the outstanding encumbrances. Therefore, the value of debtor's interest is nominal.

8.  **Number of Employees and Amount of Wages Owed as of Petition Date:**

NA

9.  **Status of Debtor's Payroll and Sales Tax Obligations:**

NA

10. **Anticipated Emergency Relief within 14 Days of Petition Date**

NA

Dated: November 2, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Case Management Summary was furnished by electronic transmission and/or U.S. Mail, postage prepaid, to the parties listed on the attached creditor matrix this 2nd day of November, 2022.

<u>/s/ Eric A. Morgan</u>
Eric A. Morgan, Esq.
Florida Bar Number: 0021895
Morgan Law, P.A. / (321) 253-6223
2800 Aurora Rd, Ste. J
Melbourne, Florida 32935
SpaceCoastLawyer@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-03852-GER<br>Middle District of Florida<br>Orlando<br>Wed Nov  2 15:04:55 EDT 2022 | Malibu Bay Homeowners Association Two, LLC<br>530-B HARKLE ROAD, STE 100<br>Santa Fe, NM 87505-4739 | Grace E. Robson<br>Orlando<br>, FL |
| 7353 Lawn Tennis<br>Lane Land T<br>5684 Maverick Road<br>Middleburg, FL 32068-3076 | Audrey M Aleskovsky<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Bank of America,N.A.<br>8201 Peters Road,<br>Ste. 4000<br>Fort Lauderdale, FL 33324-3267 |
| Bank of New York Mellon<br>c/o Amina McNeil,Esq.<br>1313 NW 167th St<br>Miami, FL 33169-5739 | Broward 202029 Business Trus<br>2655 Ulmerton Road<br>223<br>Clearwater, FL 33762-3337 | Duval County Tax<br>Collector<br>231 E. Forsyth<br>Street<br>Jacksonville, FL 32202-3361 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| US Bank National Assoc.<br>c/o Alberteli Law<br>P.O. Box 23028<br>Tampa, FL 33623-2028 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Eric A Morgan +<br>Morgan Law PA<br>2800 Aurora Road<br>Suite J<br>Melbourne, FL 32935-2097 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     2<br>Total                  16 |