Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Malibu Bay Homeowners Association Two, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | 6:22-bk-03852 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 7353 Lawn Tennis Lane Land T<br>5684 Maverick Road<br>Middleburg, FL 32068 | | 7353 Lawn Tennis Lane, Jacksonville, FL 32277 | | $11,000.00 | $240,000.00 | $11,000.00 |
| Bank of America, N.A.<br>8201 Peters Road, Ste. 4000<br>Fort Lauderdale, FL 33324 | | 7353 Lawn Tennis Lane, Jacksonville, FL 32277 | | $387,354.00 | $240,000.00 | $147,354.00 |
| Bank of New York Mellon<br>c/o Amina McNeil, Esq.<br>1313 NW 167th St<br>Miami, FL 33169 | | 954 Lake Destiny Road # H, Altamonte Springs, FL 32714 | | $253,217.00 | $85,000.00 | $168,217.00 |
| Broward 202029 Business Trus<br>2655 Ulmerton Road 223<br>Clearwater, FL 33762 | | 626 NW 208 Way, Pembroke Pines, FL 33029 | | $10,000.00 | $210,000.00 | $10,000.00 |
| Duval County Tax Collector<br>231 E. Forsyth Street<br>Jacksonville, FL 32202 | | 7353 Lawn Tennis Lane, Jacksonville, FL 32277 | | $3,680.30 | $240,000.00 | $3,680.30 |
| US Bank National Assoc.<br>c/o Alberteli Law<br>P.O. Box 23028<br>Tampa, FL 33623 | | 626 NW 208 Way, Pembroke Pines, FL 33029 | | $468,339.00 | $210,000.00 | $258,339.00 |