UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                  Case No. 6:22-bk-03852-GER

**Malibu Bay Homeowners Association Two, LLC,**            Chapter 11

    Debtor(s).

_____/

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the judges to evaluate possible disqualification or recusal, the undersigned counsel for Malibu Bay Homeowners Association Two, LLC in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

    Fleet Financial LLC (managing member of Debtor's LLC with 100% interest)
    6210 44th Street N 18
    Pinellas Park, FL 33781

                                                  /s/ Eric A. Morgan

                                                  Eric A. Morgan, Esq.
                                                  Florida Bar Number: 0021895
                                                  Morgan Law, P.A. / (321) 253-6223
                                                  2800 Aurora Rd, Ste. J
                                                  Melbourne, Florida 32935
                                                  SpaceCoastLawyer@gmail.com