UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/08/2022 09:30 AM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:22-bk-03852-GER** | **11** | **10/26/2022** |

**Chapter 11**

**DEBTOR:**   Malibu Bay Homeowners Association Two, LLC

**DEBTOR ATTY:**   Eric Morgan

**TRUSTEE:**   NA

**HEARING:**

Initial Status Conference

Note:
341 scheduled 12/5/22; cont. 12/12/22
Claims Deadline: 1/4/23
Plan/DS Due: 2/23/23
Case Summary (Doc #10)

**APPEARANCES:**:   Audrey Aleskovsky (US Trustee Atty); Eric Morgan (Debtor Atty);

**RULING:**
Initial Status Conference -   cont. to February 7, 2023 at 9:30 am (AOCNFNG);
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.