| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Malibu Bay Homeowners Association Two, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **6:22-bk-03852** |

☐ Check if this is an amended filing

Official Form 206H
# FIRST AMENDED Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   *Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Other owners of 3 properties** | The other owners, which are: Broward 202029 Business Trust & Pembroke Pines Community Association, LLC, with 50% ownership of the three properties listed on Schedule A, are liable on mortgages liening the 3 properties in an ownership capacity. In other words, they did not borrow the funds, the the mortgage liens encumber the assets of which they are co-owners. | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |