UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                        Case No. 6:22-bk-03852-GER

**Malibu Bay Homeowners Association Two, LLC,**           Chapter 11

    Debtor(s).

_____/

<u>**DEBTOR-IN-POSSESSION's APPLICATION TO RETAIN ATTORNEYS, PURSUANT TO 11 U.S.C. § 327, VERIFIED STATEMENT OF PROPOSED ATTORNEYS, AND DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329(a) AND FED.R.BANKR. P. 2014 AND 2016(b)**</u>

Debtor, Malibu Bay Homeowners Association Two, LLC (the "Debtor"), requests entry of any order authorizing the employment of Eric Morgan, Esq. and Morgan Law, P.A. as attorneys (collectively, the "Attorneys") for the Debtor. In support, the Debtor states:

<u>Jurisdiction</u>

1.    This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. This matter is core. See, 28 U.S.C. § 157(b)(2)(A).

<u>Background</u>

2.    On or about September 20, 2022 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3.    The Debtor-In-Possession is managing its financial affairs and operating as a debtor-in-possession pursuant to Sections 1107 (a) and 1115 of the Bankruptcy Code.

Relief Requested and Basis

4.    The Debtor-in-Possession believes that it is in the best interest of the estate to retain Eric Morgan, Esq. and Morgan Law, P.A. as general counsel in this Chapter 11 bankruptcy case. The Debtor-in-Possession believes the Attorneys are qualified to practice before this Court and are

1

well qualified to advise the Debtor-In-Possession in relations with, and responsibilities to, the creditors, other interested parties, and the estate.

5.  The professional services that the Attorneys will render include, but are not limited to, the following:

 A.  To give advice to the Debtor-in-Possession with respect to its powers and duties as debtor-in-possession;

 B.  To advise the Debtor-in-Possession with respect to responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the Local Rules of this Court;

 C.  To prepare motions, pleadings, orders, applications, disclosure statements, plans of reorganization, commence adversary proceedings, and prepare such other legal documents as a necessary in the administration of this case;

 D.  To protect the interest of the Debtor-in-Possession and the estate in all matters pending before the Court; and

 E.  to represent the Debtor-in-Possession in negotiations with creditors and in preparation of the disclosure statement and plan of reorganization.

<u>Authority for Relief</u>

6.  A debtor-in-possession, with Court approval, may employ one or more attorneys "that do not hold or represent an interest adverse to the estate, and that are disinterested persons." See, 11 U.S.C. § 327 (a) but see 11 U.S.C. § 1107(b) ("Notwithstanding section 327 (a) of this title, a person is not disqualified for employment under section 327 of this title by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case.").

7.  To the best of the Debtor's knowledge, except as disclosed in the Verified Statement of Eric Morgan, Esq. in Support of Debtor's Application to Employ ("Verified Statement"), Mr. Morgan has no connection with the creditors or other parties in interest to this case. As set forth

in the Verified Statement, to the best of Eric Morgan's knowledge, neither he nor do any other personnel at Morgan Law, P.A. represent any interests adverse to the Debtor-in-Possession with respect to the duties the Applicant shall perform under the Bankruptcy Code.

8.     Attached to this Application is a Verified Statement demonstrating that, under the circumstances giving rise to this Chapter 11 bankruptcy case, Mr. Morgan is "disinterested" as required by Section 327(a) of the Bankruptcy Code to the extent it applies.

9.     Mr. Morgan will apply for compensation and reimbursement of costs in accordance with Sections 330 and 331 of the Bankruptcy Code, at his ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on account of representing the Debtor in this case.

10.    Prior to the date of this Application, the Debtor and the Firm agreed to a retainer, subject to Court approval, in this Chapter 11 bankruptcy case (the "Retainer"). Per the agreement, the Retainer is three thousand dollars ($3,000.00) payable as follows subject to Court approval:

September 20, 2022: $3,000.00.

## Notice

11.    Notice of this Application has been provided to the Orlando Division of the U.S. Trustee through the CM/ECF bankruptcy filing system. The Debtor submits that, in light of the relief requested, no other or further notice need to be given.

**WHEREFORE**, the Debtor respectfully requests the entry of an order approving the employment of Eric Morgan, Esq. of Morgan Law, P.A. as general cousel to the Debtor in this Chapter 11 bankruptcy case and leave to file interim fee applications, and granting the Debtor any such other and further relief as the Court deems just and proper.

Malibu Bay Homeowners Association Two, LLC

/s/ Oleh Vaselov
Manager

3

        Morgan Law, P.A.

        By: /s/ Eric Morgan
        Florida Bar No.: 0021895
        2800 Aurora Road, Ste. J
        Melbourne, FL 32935
        (321) 253-6223
        www.SpaceCoastLawyer.com
        Proposed Counsel for Debtor-in-Possession

## Certificate of Service

**I HEREBY CERTIFY** that a copy of the foregoing was furnished electronically to the U.S. Trustee and all parties having appeared in this case via the Court's CM/ECF system this 10th day December, 2022.

        /s/ Eric Morgan
        Eric Morgan, Esq.
        Morgan Law, P.A.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                          Case No. 6:22-bk-03852-GER

**Malibu Bay Homeowners Association Two, LLC,**         Chapter 11

    Debtor(s).

_____/

## DECLARATION OF ERIC MORGAN IN SUPPORT OF DEBTOR's APPLICATION FOR APPROVAL OF EMPLOYMENT OF ERIC MORGAN, ESQ. OF MORGAN LAW, P.A. AS COUNSEL FOR THE DEBTOR

1. I, Eric Morgan, am an attorney-at-law duly licensed and in good standing to practice in the state of Florida and admitted and in good standing to practice before the United States Bankruptcy and District Courts for the Middle and Northern Districts of Florida.

2. I am a member of Morgan Law, P.A.

3. Morgan Law, P.A. maintains its offices at 2800 Aurora Road, Ste. J, Melbourne, Florida 32935.

4. To the best of my knowledge, neither I, nor other personnel at Morgan Law, P.A. represent (i) any interests adverse to the Debtor or the above captioned estate; (ii) any of the Debtor's creditors; (iii) any other attorneys, accountants, or representatives who have represented the Debtor's creditors or any other parties in interest, or any other attorneys, accountants, or representatives currently representing the Debtor.

5. Neither I, nor other personnel at Morgan Law, P.A., have any connection with the Office of the United States Trustee or those employed by the Office of the United States Trustee other than professional dealings with respect to Chapter 11 and Chapter 7 cases and related adversaries currently pending before the Court and as typical in bankruptcy practice.

5

6.	I am a disinterested person. To the best of my knowledge, any other personnel at Morgan Law, P.A. are disinterested as well.

7.	My hourly rate for attorney services is $350.00 per hour. Morgan Law, P.A.'s paralegal time will be billed at $120.00 per hour. Morgan Law, P.A. will file a fee application pursuant to Local Bankruptcy rules and other applicable law as required for approval of fees and costs to be paid as compensation for services rendered in this Chapter 11 case as provided in the Application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

December 10, 2022.

By: /s/ Eric Morgan
Eric Morgan, Esq.
Morgan Law, P.A.

6