**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                                          Case No. 6:22-bk-03852-GER

**Malibu Bay Homeowners Association Two, LLC,**           Chapter 11

    Debtor(s).

_____/

**DECLARATION OF OLEH VASELOV, MANAGING MEMBER OF MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC IN SUPPORT OF DEBTOR's AMENDED VOLUNTARY PETITION ESTABLISHING DEBTOR-IN-POSSESSION SMALL BUSINESS STATUS**

1.  I, Oleh Vaselov, am managing member of Malibu Bay Homeowners Association Two, LLC ("Malibu Bay")

2.  Malibu Bay has amended its voluntary petition to reflect debtor-in-possession small business status.

3.  Malibu Bay is in the process of setting up a debtor-in-possession bank account, however, until now, it has not had a bank account.

4.  Malibu Bay plans to file taxes for 2022, but until now, has never been required to file and has not filed, and therefore has no previous returns to submit.

5.  As an LLC with no assets other than its ownership interest in three residential properties, Malibu Bay has not previously had an accountant, financial records, or any other records relevant to 11 U.S. Code § 1116, including a balance sheet, statement of operations, cash flow statement, or tax returns.

6.  I understand that as these types of records are generated during the pendency of the above referenced case, they must be shared with the Office of the US Trustee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

December 12, 2022.

By: /s/ Oleh Vaselov
Oleh Vaselov
Manager, Malibu Bay Homeowners Association Two, LLC