**ORDERED.**

Dated: December 16, 2022

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No. 6:22-bk-03852-GER

**Malibu Bay Homeowners Association Two, LLC,**           Chapter 11

    Debtor(s).

_____/

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY**

    THIS CASE came on for consideration of the first amended application of the debtor-in-possession to employ Eric Morgan and Morgan Law, P.A. (the "Attorneys") as attorneys, including the verified statement of proposed attorney and disclosure of compensation (Doc. No. 23). After reviewing the application and related verified statement, it is ORDERED:

1.    The Debtor, in accordance with 11 U.S.C. § 327 of the Bankruptcy Code, is authorized to employ the Attorneys as attorneys for the Debtor with compensation to be paid in such amounts

as may be allowed by the court upon proper application in accordance with 11 U.S.C. Sections 330 and 331.

2. During the pendency of this case, any unearned retainer as of the time of the filing of the petition is authorized and shall be deposited by the Attorneys in a trust account.

3. Pursuant to Local Rule 2016-1(b), the Attorneys may bill against the retainer in the ordinary course towards compensation for professional services and reimbursement of expenses without further order, subject to a final review and approval by the Court.

4. After the retainer is depleted, Counsel may file interim applications for payment of fees and expenses, which the Court will set for hearing in the normal course.

5. Compensation will be determined later in accordance with 11 U.S.C. § 330. The hourly rate is not guaranteed and is subject to review.

Attorney Eric Morgan is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.