UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/07/2023 09:30 AM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:22-bk-03852-GER** | **11** | **10/26/2022** |

**Chapter 11**

**DEBTOR:**   Malibu Bay Homeowners Association Two, LLC

**DEBTOR ATTY:**   Eric Morgan

**TRUSTEE:**   NA

**HEARING:**

Cont. Status Conference
1)   (US Bank's) Motion for Relief from Stay. (Fee Paid.) Re: 626 NW 208th Way Pembroke Pines, FL 33029 (Doc #35)
Debtor's Objection (Doc #43)
Note: 12/8/22
341 scheduled 12/5/22; concluded 12/12/22
Claims Deadline: 1/4/23
Plan/DS Due: 2/23/23
Case Summary (Doc #10)
MOR December 2022 (Doc #34)

**APPEARANCES:**:   Eric Morgan (Debtor Atty); Jeffrey Fraser (US Bank Atty); Audrey Aleskovsky (US Trustee Atty);

**RULING:**
Cont. Status Conference -   cont. to March 7, 2023 at 2:00 pm (AOCNFNG);


1)   (US Bank's) Motion for Relief from Stay. (Fee Paid.) Re: 626 NW 208th Way Pembroke Pines, FL 33029   (Doc #35) - Granted in part, sale after 90 days:Order by Fraser;

 (gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

Case Number 6:22-bk-03852-GER                                   Chapter 11