UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                    Case No. 6:22-bk-03852-GER

**Malibu Bay Homeowners Association Two, LLC,**            Chapter 11

    Debtor(s).

_____/

### DEBTOR-IN-POSSESSION's MOTION TO EXTEND THE TIME FOR CONFIRMATION OF PLAN PURSUANT TO 11 U.S.C. §1129(e)

Debtor, Malibu Bay Homeowners Association Two, LLC (the "Debtor"), by and through its counsel, Morgan Law, P.A., moves for entry of an order to confirm an 11 U.S.C. § 362 (b)(4) exception to the automatic stay, or in the alternative an order granting relief from the automatic stay pursuant to § 362(d), and in support states:

1. On or about September 20, 2022 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Pursuant to 11 U.S.C. §1129(e), in a small business case, the Court has to confirm a plan no later than 45 days after the plan is filed.

3. The Debtor filed a Plan of Reorganization on February 23, 2023.

4. Both Debtor and creditors may need some extra time to work out any necessary amendments to the plan.

5. It does not seem that any party is expected to be prejudiced by an enlargement of time for confirmation of the plan.

**WHEREFORE**, the Debtor respectfully requests the entry of an order pursuant to 11 U.S.C. §1129(e) extending the time to confirm a reorganization plan, and such other and further relief as may seem just and proper.

1

        Morgan Law, P.A.

        By: /s/ Eric Morgan
        Florida Bar No.: 0021895
        2800 Aurora Road, Ste. J
        Melbourne, FL 32935
        (321) 253-6223
        www.SpaceCoastLawyer.com
        Attorney for Debtor-in-Possession

## Certificate of Service

**I HEREBY CERTIFY** that a copy of the foregoing was furnished electronically to the U.S. Trustee and all parties having appeared in this case via the Court's CM/ECF system this 24th day February, 2023, as indicated in the attached creditor matrix.

        /s/ Eric Morgan
        Eric Morgan, Esq.
        Morgan Law, P.A.

```
Label Matrix for local noticing            Malibu Bay Homeowners Association Two, LLC    Grace E. Robson
113A-6                                     530-B HARKLE ROAD, STE 100                    Orlando
Case 6:22-bk-03852-GER                     Santa Fe, NM 87505-4739                       , FL
Middle District of Florida
Orlando
Thu Feb 23 20:04:17 EST 2023

U.S. Bank National Association, as Trustee f    7353 Lawn Tennis                Audrey M Aleskovsky
c/o Jeffrey S. Fraser                           Lane Land T                     Office of the United States Trustee
PO Box 23028                                    5684 Maverick Road              George C. Young Federal Building
Tampa, FL 33623-2028                            Middleburg, FL 32068-3076       400 West Washington St, Suite 1100
                                                                                Orlando, FL 32801-2210


Bank of America, N.A.                      Bank of America,N.A.               Bank of New York Mellon
c/o NewRez LLC                             8201 Peters Road,                  c/o Amina McNeil,Esq.
d/b/a Shellpoint Mortgage Servicing        Ste. 4000                          1313 NW 167th St
PO Box 10826                               Fort Lauderdale, FL 33324-3267     Miami, FL 33169-5739
Greenville, South Carolina 29603-0826


Broward 202029 Business Trus               Duval County Tax                   Florida Department of Revenue
2655 Ulmerton Road                         Collector                          Bankruptcy Unit
223                                        231 E. Forsyth                     Post Office Box 6668
Clearwater, FL 33762-3337                  Street                             Tallahassee FL 32314-6668
                                           Jacksonville, FL 32202-3361


Internal Revenue Service                   Orange County Tax Collector        THE BANK OF NEW YORK MELLON
Post Office Box 7346                       PO Box 545100                      PO Box 10826
Philadelphia PA 19101-7346                 Orlando FL 32854-5100              Greenville, SC 29603-0826


The Bank of New York Mellon et al          U.S. Bank National Association, as Trustee f    US Bank National Assoc.
c/o Seth Greenhill                         c/o Jeffrey S. Fraser, Esq.                     c/o Alberteli Law
Padgett Law Group                          Attorney for Secured Creditor                   P.O. Box 23028
6267 Old Water Oak Road, Suite 203         PO Box 23028                                    Tampa, FL 33623-2028
Tallahassee, FL 32312-3858                 Tampa, FL 33623-2028


United States Trustee - ORL +              Eric A Morgan +                    Jeffrey S Fraser +
Office of the United States Trustee        Morgan Law PA                      Albertelli Law
George C Young Federal Building            2800 Aurora Road                   Post Office Box 23028
400 West Washington Street, Suite 1100     Suite J                            Tampa, FL 33623-2028
Orlando, FL 32801-2210                     Melbourne, FL 32935-2097


Seth J Greenhill +                         Note: Entries with a '+' at the end of the
Padgett Law Group                          name have an email address on file in CMECF
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)The Bank of New York Mellon fka The Bank o    (d)Audrey M Aleskovsky +              End of Label Matrix
                                                 Office of the United States Trustee   Mailable recipients    22
                                                 George C. Young Federal Building      Bypassed recipients     2
                                                 400 West Washington St, Suite 1100    Total                  24
                                                 Orlando, FL 32801-2210
```