UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/07/2023 02:00 PM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:22-bk-03852-GER** | 11 | 10/26/2022 |

**Chapter 11**

**DEBTOR:**   Malibu Bay Homeowners Association Two, LLC

**DEBTOR ATTY:**   Eric Morgan

**TRUSTEE:**   NA

**HEARING:**

Cont. Status Conference
Note: 12/8/22; 2/7/23
341 scheduled 12/5/22; concluded 12/12/22
Claims Deadline: 1/4/23
Plan/DS Due: 2/23/23
Case Summary (Doc #10)
MOR December 2022 (Doc #34)
Pending:
Chapter 11 plan (Doc #52)
Nextgear Financial's Motion for Relief from Stay (Doc #54) filed 3/2/23 (SET FOR HEARING - NN not allowed)
Debtor's Motion to Extend Time for Confirmation of Plan (Doc #53)

**APPEARANCES::**   Eric Morgan (Debtor Atty); Jill Kelso (US Trustee Atty);

**RULING:**
Cont. Status Conference -   cont. to March 23, 2023 at 9:30 am (AOCNFNG);

Debtor's Motion to Extend Time for Confirmation of Plan   (Doc #53) - cont. to March 23, 2023 at 9:30 am (AOCNFNG);

Note: Chapter 11 plan (Doc #52) - Debtor to amend plan by March 21, 2023;
(gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

Case Number 6:22-bk-03852-GER                                                    Chapter 11