**ORDERED.**

**Dated: March 08, 2023**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Case No. 6:22-bk-03852-GER |
| Malibu Bay Homeowners Association Two, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER SETTING (1) DEADLINE TO FILE AMENDED PLAN AND
(2) HEARING TO CONSIDER MOTION TO EXTEND TIME FOR CONFIRMATION**

This case came before the Court for a status conference on March 7, 2023 at 2:00 p.m. On February 23, 2023, Debtor Malibu Bay Homeowners Association Two, LLC (the "Debtor") filed its Plan of Reorganization[1] (Doc. No. 52). That Plan is not confirmable. The Debtor subsequently filed *Debtor-in-Possession's Motion to Extend the Time for Confirmation of Plan Pursuant to 11 U.S.C. § 1129(e)* (Doc. No. 53). After reviewing the record and for the reasons stated in open court, it is

**ORDERED**:

1. The Debtor shall have until **March 21, 2023** to file an amended plan of reorganization.

---

[1] *Malibu Bay Homeowners Association Two, LLC Plan of Reorganization* ("Plan of Reorganization").

2.      The Court shall conduct a hearing on *Debtor-in-Possession's Motion to Extend the Time for Confirmation of Plan Pursuant to 11 U.S.C. § 1129(e)* (Doc. No. 53) on **March 23, 2023 at 9:30 a.m.** at the United States Bankruptcy Court, Sixth Floor, Courtroom D, 400 West Washington Street, Orlando, Florida 32801.

# # #

Attorney Eric Morgan is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three days of its entry.