UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/23/2023 09:30 AM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:22-bk-03852-GER** | **11** | **10/26/2022** |

**Chapter 11**

**DEBTOR:**   Malibu Bay Homeowners Association Two, LLC

**DEBTOR ATTY:**   Eric Morgan

**TRUSTEE:**   NA

**HEARING:**

Cont. Status Conference
1)   Nextgear's Motion for Relief from Stay Re: Real Property: 626 NW 208th Way, Pembroke Pines, FL 33029 (Doc #54)
2)   Debtor's Motion to Extend Time for Confirmation of Plan (Doc #53)
Note: 12/8/22; 2/7/23; 3/7/23
341 scheduled 12/5/22; concluded 12/12/22
Claims Deadline: 1/4/23
Plan/DS Due: 2/23/23
Case Summary (Doc #10)
MOR December 2022 (Doc #34)
Pending:
Chapter 11 plan (Doc #52) (amendment due 3/21/23)
Bank of NY's Motion for Relief from Stay. (Fee Paid.) Re: 7353 Lawn Tennis Lane, Jacksonville, Florida 32277 (Doc #63) filed 3/22/23 w/NN

**APPEARANCES::**   Eric Morgan (Debtor Atty); Bryan Buenaventura (US Trustee Atty); Erick Steffens (Nextgear Atty);

**RULING:**
Cont. Status Conference -   Case Dismissed:Order by Chambers;

1)   Nextgear's Motion for Relief from Stay Re: Real Property: 626 NW 208th Way, Pembroke Pines, FL 33029   (Doc #54) - Granted:Order by Steffens;

2)   Debtor's Motion to Extend Time for Confirmation of Plan   (Doc #53) - Denied:Order by Chambers;
 (gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.