```
                UNITED STATES BANKRUPTCY COURT
                  MIDDLE DISTRICT OF FLORIDA
                       ORLANDO DIVISION


                                    CASE NO.: 6:22-bk-03852-GER
                                         ORIGINAL
IN RE:

MALIBU BAY HOMEOWNERS
ASSOCIATION TWO, LLC,

              Debtor.
_____


                         DECEMBER 8, 2022

                    TRANSCRIPT OF PROCEEDINGS

            HELD BEFORE HONORABLE GRACE E. ROBSON
                UNITED STATES BANKRUPTCY JUDGE

               GEORGE C. YOUNG FEDERAL BUILDING
                  400 WEST WASHINGTON STREET
                       ORLANDO, FLORIDA


A P P E A R A N C E S:

AUDREY M. ALESKOVSKY, TRIAL ATTORNEY
Office of the United States Trustee
400 West Washington Street
Suite 1100
Orlando, Florida
      Appearing on behalf of United States Trustee

ERIC A. MORGAN, ESQUIRE - via Zoom
Morgan Law, P.A.
2800 Aurora Road
Suite J
Melbourne, Florida
      Appearing on behalf of Debtor




       Proceedings recorded by electronic sound recording
        Transcript provided by ACCREDITED COURT REPORTERS
                   acreporters@embarqmail.com
                        (407) 443-9289
```

                                                                 2

                        I N D E X

PROCEEDINGS BEFORE JUDGE ROBSON:                          3

1) Initial Status Conference


CERTIFICATE OF REPORTER:                                  14

WORD INDEX:                                               15

3

1      ORLANDO, FLORIDA, DECEMBER 8, 2022, 9:37 A.M.
2                   P R O C E E D I N G S
3           THE CLERK: All rise.  The United States
4  Bankruptcy Court for the Middle District of Florida is
5  now in session.
6           The Honorable Grace E. Robson presiding.  May
7  God save the United States and this Honorable Court.
8           THE COURT: All right.  Good morning.  Please be
9  seated.
10          All right.  The Court calls Case Number 22-
11 3852, Malibu Bay Homeowners Association Two, LLC.  Ms.
12 Aleskovsky.
13          MS. ALESKOVSKY: Good morning, Your Honor.
14 Audrey Aleskovsky on behalf of the United States Trustee.
15          THE COURT: Okay.  All right.  Well, we're here
16 on the initial status conference.  I understand that my
17 courtroom deputy attempted to reach counsel for the
18 Debtor with no luck.  So I guess it is a little strange
19 that the Debtor's attorney would not appear for the
20 status conference in the case.
21          So I know, Ms. Aleskovsky, there was a 341
22 scheduled for December 5th and it was continued.  So can
23 you kind of give me an overall of what your understanding
24 of the case is and what happened there?
25          MS. ALESKOVSKY: Yes, Your Honor.  I received a

1  voicemail late last Friday indicating that the Debtor's
2  representative had a scheduling conflict with the Monday
3  341 Meeting.  I wasn't able to touch base with him before
4  that meeting had to be called, so I continued it for one
5  week in hopes that this Monday will work out better for
6  the Debtor's representative but I haven't heard back.
7              I think my office was able to complete the
8  Initial Debtor Interview, but we still have a list of
9  outstanding documents.  I'm not quite sure how productive
10 it was.  Most notably, we're missing proof of insurance,
11 opening of the Debtor-In-Possession bank account.  Just
12 based on the filings, it looks like this would be a small
13 business case and that the additional disclosures
14 required by Section 1116 would apply.  That's something
15 I'm hoping we can address at the 341 Meeting.
16             THE COURT: Okay.  And if the Debtor shows --
17             MS. ALESKOVSKY: But it's a thin file.
18             THE COURT: Presuming the Debtor shows up so.
19             MS. ALESKOVSKY: Yes.
20             THE COURT: Okay.  But you said the IDI did
21 happen.
22             MS. ALESKOVSKY: Yes.
23             THE COURT: Okay.  And where the Debtor's
24 attorney and the Debtor representative appeared.
25             MS. ALESKOVSKY: Yes, Your Honor.

1                THE COURT: All right.  Well, I guess there's
2    not much I can do here at the moment.  I noted that the
3    Debtor did not, or counsel did not file an application to
4    be employed, and obviously I can't ask the question
5    about, you know, what steps have been taken towards a
6    plan.
7                So what I'll do is issue an order to show cause
8    as to why the Debtor and the Debtor's attorney should not
9    be sanctioned for failing to appear here today, and let's
10   find a date where we can set that.  When's our next
11   Chapter 11 date, Ms. Whitsett?
12               THE CLERK: That would be January 10th or the
13   24th.
14               THE COURT: Let's keep it sooner.  So say
15   January 10th.
16               THE CLERK: We can do 9:30 or 2:00.
17               THE COURT: Let's do 9:30.  All right.  So we
18   will continue the status conference to January 10th,
19   2023, at 9:30.
20               All right.  Well, I guess that's that.
21               Okay.  So then I don't have court hearings
22   until 10:00 o'clock, so Court will be in recess until
23   then.
24               MS. ALESKOVSKY: Thank you, Your Honor.
25               THE COURT: All right.  Thank you.

6

1       (Thereupon, the taking of the 9:30 o'clock
2  proceeding was concluded; after which Case Number 6:22-
3  bk-03852 was recalled at 9:47 o'clock, and the following
4  proceedings were had.)
5       THE CLERK: All rise.  United States Bankruptcy
6  Court for the Middle District of Florida is now in
7  session.  The Honorable Grace E. Robson presiding.
8       THE COURT: All right.  Good morning.  Please be
9  seated.
10      Okay.  So we will recall Case Number 22-3852,
11 Malibu Bay Homeowners Association Two, LLC.  I'll take
12 appearances first in the courtroom.
13      MS. ALESKOVSKY: Good morning, Your Honor.
14 Audrey Aleskovsky on behalf of the United States Trustee.
15      THE COURT: Okay.  And then Mr. Morgan.
16      MR. MORGAN: Good morning, Your Honor.  Attorney
17 Eric Morgan for Malibu Bay.
18      THE COURT: Okay.  All right.  So, Mr. Morgan,
19 we called this case at 9:30 on the initial status
20 conference.  So I was about to issue an order to show
21 cause why you and your client should not be sanctioned
22 for failing to appear at this hearing.  So before we get
23 into the status conference, do you want to tell me what
24 happened?
25      MR. MORGAN: Your Honor, I don't have anything

1  fancy to say.  I apparently have made a mistake on my
2  calendar.  I was not aware of the conference.  I didn't
3  have it on my calendar.  I just -- I have a loved one who
4  just had surgery and I was assisting that person this
5  morning, and I do apologize for the mistake.
6          THE COURT: Okay.
7          MR. MORGAN: But it was completely inadvertent.
8          THE COURT: Okay.  All right.  Well, okay, so
9  that's fine.  Just in the future, I guess whatever you
10 can do to make sure your items are calendared, because I
11 think this was set shortly after the case was filed back
12 in October, so it should have made it to your calendar,
13 you know, by then.  So --
14         MR. MORGAN: Absolutely.
15         THE COURT: Okay.  So we're here on the initial
16 status conference.  I understand that the initial 341
17 Meeting took place on December 5th but was continued to
18 next week I believe.
19         MR. MORGAN: Correct.
20         THE COURT: So why don't you tell me a little
21 bit about the Debtor and what steps, you know, if any,
22 have been taken towards a plan.
23         MR. MORGAN: Yes, Your Honor.  So the Debtor,
24 they are real -- real estate investors and they own a --
25 they own some interest in some housing and they are

1   hoping to do a cramdown.
2            I am currently putting a plan together and they
3   -- they have -- I mean the asset or the entity that
4   they're using for this bankruptcy doesn't really have
5   assets but the investors have assets, and I think they're
6   hoping to fund the bankruptcy that way.
7            THE COURT: Okay.  So the Debtor does not
8   generate any revenue from these properties?
9            MR. MORGAN: That's my understanding.
10           THE COURT: So right now is there -- I
11  understand that they're co-owned with nondebtors but are
12  -- so they're not -- what's the status of the properties?
13  Are they being renovated or what's -- they're just vacant
14  or do you know?
15           MR. MORGAN: I believe there are tenants in the
16  properties; however, the tenants do not pay Malibu Bay.
17  They may pay some of the other co-owners, and there may
18  be some renovations occurring as well.
19           THE COURT: Okay.  But if the Debtor owns a
20  fifty percent interest, why wouldn't the Debtor get a
21  portion of the revenue?
22           MR. MORGAN: Well, I think that's a fair
23  question.  It is something that I've discussed with the
24  -- with the -- these investors that, you know, that, you
25  know, they can't sort of, you know, have, you know, all

9

1   the goods -- goodies in one box and all the bad things in
2   a different box.  That's not really a holistic way of
3   looking at it.
4           THE COURT: Okay.
5           MR. MORGAN: So I'm hoping that they're going to
6   take some steps to -- to really, you know, treat it as a
7   holistic thing, and that's -- that is up to them, but
8   that is something I've discussed with them.
9           THE COURT: Okay.  And then are there
10  foreclosures on the properties?
11          MR. MORGAN: Yes, there are pending
12  foreclosures.
13          THE COURT: Okay.  Are there judgements or are
14  they -- or are they just in a pending litigation?
15          MR. MORGAN: At least one I believe has a
16  judgment.
17          THE COURT: Okay.  All right.  And then I just
18  noticed, generally speaking, I don't see an application
19  to employ your firm as counsel.
20          MR. MORGAN: Yes, I will get one filed.  This is
21  actually sort of a trainer case for me.
22          THE COURT: Okay.  All right.  And then, I don't
23  know if I already asked you, did you speak to some of the
24  creditors about, you know, the potential plan to cram
25  down the debt?

10

1 MR. MORGAN: I haven't actually spoken with
2 them. I'm trying to kind of create a draft plan to
3 present to them. Would you have any thoughts on -- on
4 how, you know, how I would broach that? Or I mean you
5 don't have to have any thoughts.
6 THE COURT: Well, no, I can't give you legal
7 advice.
8 MR. MORGAN: Yeah.
9 THE COURT: I mean that's up to the Debtor.
10 MR. MORGAN: No, no, I'm not asking for legal --
11 yeah.
12 THE COURT: Well, I'm just asking questions
13 because this is, you know, the status conference.
14 MR. MORGAN: Yeah.
15 THE COURT: This is the first hearing we're
16 having in the case, so I just wanted to get a sense of
17 what, you know, the Debtor -- what the Debtor's assets
18 are, what it's doing, what it plans to do, and time
19 frames for, you know, filing a plan, which I know it's
20 not due until next year, but to the extent it's simple
21 and you already know what you want to do there's really
22 no --
23 MR. MORGAN: Yes.
24 THE COURT: -- reason why it couldn't be done
25 sooner.

```
                                                            11
 1            MR. MORGAN:  Yeah, no, I -- I am hoping to get
 2   it done by the end of January.
 3            THE COURT:  Okay.
 4            MR. MORGAN:  So --
 5            THE COURT:  Okay.  All right.  Well, and then do
 6   you anticipate any issues with your client attending the
 7   continued Meeting of Creditors next week?
 8            MR. MORGAN:  Well, I plan to attend.  You know,
 9   it's a good trainer case for me, and I hope that they
10   want to fully participate.  You know, they are well aware
11   of the continued hearing and, you know, I hope they
12   participate but, you know.
13            THE COURT:  Well, it is a legal requirement
14   under Section 341 and 521 for the Debtor to appear at the
15   Meeting of Creditors.  I mean I understand like you
16   should be there, too, and, you know, I'm glad you will be
17   there but the Debtor also needs to be there.
18            MR. MORGAN:  Yeah.  I -- I expect them to be
19   there.  I expect them to be there.
20            THE COURT:  Okay.
21            MR. MORGAN:  They know about it and --
22            THE COURT:  Okay.  Because if they don't appear
23   at the 341, then it's not uncommon for the case to be
24   dismissed so.
25            MR. MORGAN:  Yes, I -- I'm aware of that, and I
```

1  told them that.
2           THE COURT: Okay.  And then just make sure they
3  get whatever documents to the U.S. Trustee's Office that
4  have been requested because those are also important
5  factors and could potentially be caused to dismiss the
6  case if that's not complied with so.
7           MR. MORGAN: Yes, and I have given them the list
8  several times.  I've -- I've inquired about it several
9  times, and it's -- I am hoping to have everything in to
10 the U.S. Trustee's Office by that time.
11          THE COURT: Okay.  All right.  And then do you
12 anticipate filing any motions?
13          MR. MORGAN: Other than the cramdown, once I
14 have it sorted on how to do it, I don't have any other
15 anticipated motions.
16          THE COURT: Okay.  Well, for example, if the
17 co-owners are not paying the Debtor what the Debtor is
18 due you may want to file a motion for turnover or
19 something else, but anyway I'll let you, you know, look
20 into whatever may be appropriate.
21          All right.  Let's reset this for a date after
22 in February where hopefully you'll have filed the plan by
23 the end of January, and then we can talk in early
24 February about setting dates for confirmation of the
25 plan.

13

1 So, all right. So, Ms. Whitsett, what do we
2 have in early February?
3 THE CLERK: February 7th at 9:30.
4 THE COURT: Okay. All right. So February 7th
5 at 9:30 for the continued status conference, and we'll
6 plan to discuss hearing dates and deadlines for
7 confirmation at that date. All right, Mr. Morgan?
8 MR. MORGAN: Thank you, Your Honor. And, thank
9 you, thank you for understanding my error this morning
10 and being so tolerant. I understand that you may not be
11 as tolerant in the future. I really appreciate and I'm
12 sorry I missed the hearing.
13 THE COURT: Okay. No, you know, sometimes like
14 we all, you know, we all make mistakes and I like to give
15 people the benefit of the doubt. So I'm glad I did not
16 issue that order, and I expect to see you at the next
17 hearing.
18 MR. MORGAN: Absolutely. Absolutely.
19 THE COURT: Okay.
20 MR. MORGAN: All right. Thank you.
21 THE COURT: All right. Thank you. Have a nice
22 day.
23 MR. MORGAN: Take care. Bye Bye.
24 (Thereupon, the taking of the proceedings was
25 concluded.)

14

C E R T I F I C A T E

I certify that the foregoing is a correct transcript

from the electronic sound recording of the proceedings in

the above-styled matter.

*Cynthia D. Vachon*                April 11, 2023
Cynthia D. Vachon
Notary Public-State of Florida
Commission Expires: 07/24/2026
Commission Number: HH291609

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
/s/Lois H. Simonds
Accredited Court Reporters

**A**

A.M 3:1
able 4:3,7
above-styled 14:4
Absolutely 7:14
  13:18,18
account 4:11
Accredited 1:48
  14:15
acreporters@emba...
  1:49
additional 4:13
address 4:15
advice 10:7
Aleskovsky 1:31 3:12
  3:13,14,21,25 4:17
  4:19,22,25 5:24
  6:13,14
anticipate 11:6 12:12
anticipated 12:15
anyway 12:19
apologize 7:5
apparently 7:1
appear 3:19 5:9 6:22
  11:14,22
appearances 6:12
appeared 4:24
Appearing 1:36,43
application 5:3 9:18
apply 4:14
appreciate 13:11
appropriate 12:20
April 14:6
asked 9:23
asking 10:10,12
asset 8:3
assets 8:5,5 10:17
assisting 7:4
Association 1:11 3:11
  6:11
attempted 3:17
attend 11:8
attending 11:6
attorney 1:31 3:19
  4:24 5:8 6:16
Audrey 1:31 3:14
  6:14

Aurora 1:40
AUTHENTICATED
  14:12
aware 7:2 11:10,25

**B**

back 4:6 7:11
bad 9:1
bank 4:11
bankruptcy 1:1,22
  3:4 6:5 8:4,6
base 4:3
based 4:12
Bay 1:10 3:11 6:11
  6:17 8:16
behalf 1:36,43 3:14
  6:14
believe 7:18 8:15
  9:15
benefit 13:15
better 4:5
bit 7:21
bk-03852 6:3
box 9:1,2
broach 10:4
BUILDING 1:24
business 4:13
Bye 13:23,23

**C**

C 1:24,29 3:2 14:1,1
calendar 7:2,3,12
calendared 7:10
called 4:4 6:19
calls 3:10
can't 5:4 8:25 10:6
care 13:23
case 1:6 3:10,20,24
  4:13 6:2,10,19 7:11
  9:21 10:16 11:9,23
  12:6
cause 5:7 6:21
caused 12:5
CERTIFICATE 2:9
CERTIFIED 14:12
certify 14:2
Chapter 5:11

CLERK 3:3 5:12,16
  6:5 13:3
client 6:21 11:6
co-owned 8:11
co-owners 8:17 12:17
Commission 14:9,10
complete 4:7
completely 7:7
complied 12:6
concluded 6:2 13:25
conference 2:5 3:16
  3:20 5:18 6:20,23
  7:2,16 10:13 13:5
confirmation 12:24
  13:7
conflict 4:2
continue 5:18
continued 3:22 4:4
  7:17 11:7,11 13:5
correct 7:19 14:2
couldn't 10:24
counsel 3:17 5:3 9:19
court 1:1,48 3:4,7,8
  3:10,15 4:16,18,20
  4:23 5:1,14,17,21
  5:22,25 6:6,8,15,18
  7:6,8,15,20 8:7,10
  8:19 9:4,9,13,17,22
  10:6,9,12,15,24
  11:3,5,13,20,22
  12:2,11,16 13:4,13
  13:19,21 14:15
courtroom 3:17 6:12
cram 9:24
cramdown 8:1 12:13
create 10:2
creditors 9:24 11:7
  11:15
currently 8:2
Cynthia 14:7

**D**

D 2:1 3:2 14:7
date 5:10,11 12:21
  13:7
dates 12:24 13:6
day 13:22

deadlines 13:6
debt 9:25
Debtor 1:13,43 3:18
  4:8,16,18,24 5:3,8
  7:21,23 8:7,19,20
  10:9,17 11:14,17
  12:17,17
Debtor-In-Possessi...
  4:11
Debtor's 3:19 4:1,6
  4:23 5:8 10:17
December 1:17 3:1
  3:22 7:17
deputy 3:17
didn't 7:2
different 9:2
disclosures 4:13
discuss 13:6
discussed 8:23 9:8
dismiss 12:5
dismissed 11:24
District 1:2 3:4 6:6
DIVISION 1:3
documents 4:9 12:3
doesn't 8:4
doing 10:18
don't 5:21 6:25 7:20
  9:18,22 10:5 11:22
  12:14
doubt 13:15
draft 10:2
due 10:20 12:18

**E**

E 1:21,29,29 2:1 3:2
  3:2,6 6:7 14:1,1
early 12:23 13:2
electronic 1:47 14:3
employ 9:19
employed 5:4
entity 8:3
Eric 1:38 6:17
error 13:9
ESQUIRE 1:38
estate 7:24
example 12:16
expect 11:18,19

13:16
**Expires** 14:9
**extent** 10:20

---
**F**

**F** 14:1
**factors** 12:5
**failing** 5:9 6:22
**fair** 8:22
**fancy** 7:1
**February** 12:22,24 13:2,3,4
**FEDERAL** 1:24
**FEDERALLY** 14:12
**fifty** 8:20
**file** 4:17 5:3 12:18
**filed** 7:11 9:20 12:22
**filing** 10:19 12:12
**filings** 4:12
**find** 5:10
**fine** 7:9
**firm** 9:19
**first** 6:12 10:15
**Florida** 1:2,26,35,42 3:1,4 6:6 14:8
**following** 6:3
**foreclosures** 9:10,12
**foregoing** 14:2
**frames** 10:19
**Friday** 4:1
**fully** 11:10
**fund** 8:6
**future** 7:9 13:11

---
**G**

**G** 3:2
**generally** 9:18
**generate** 8:8
**GEORGE** 1:24
**give** 3:23 10:6 13:14
**given** 12:7
**glad** 11:16 13:15
**God** 3:7
**going** 9:5
**good** 3:8,13 6:8,13,16 11:9
**goodies** 9:1

**goods** 9:1
**Grace** 1:21 3:6 6:7
**guess** 3:18 5:1,20 7:9

---
**H**

**H** 14:14
**happen** 4:21
**happened** 3:24 6:24
**haven't** 4:6 10:1
**heard** 4:6
**hearing** 6:22 10:15 11:11 13:6,12,17
**hearings** 5:21
**HELD** 1:21
**HH291609** 14:10
**holistic** 9:2,7
**Homeowners** 1:10 3:11 6:11
**Honor** 3:13,25 4:25 5:24 6:13,16,25 7:23 13:8
**Honorable** 1:21 3:6,7 6:7
**hope** 11:9,11
**hopefully** 12:22
**hopes** 4:5
**hoping** 4:15 8:1,6 9:5 11:1 12:9
**housing** 7:25

---
**I**

**I'll** 5:7 6:11 12:19
**I'm** 4:9,15 9:5 10:2 10:10,12 11:16,25 13:11,15
**I've** 8:23 9:8 12:8,8
**IDI** 4:20
**important** 12:4
**inadvertent** 7:7
**INDEX** 2:11
**indicating** 4:1
**initial** 2:5 3:16 4:8 6:19 7:15,16
**inquired** 12:8
**insurance** 4:10
**interest** 7:25 8:20
**Interview** 4:8

**investors** 7:24 8:5,24
**issue** 5:7 6:20 13:16
**issues** 11:6
**it's** 4:17 10:18,19,20 11:9,23 12:9
**items** 7:10

---
**J**

**J** 1:41
**January** 5:12,15,18 11:2 12:23
**JUDGE** 1:22 2:3
**judgements** 9:13
**judgment** 9:16

---
**K**

**keep** 5:14
**kind** 3:23 10:2
**know** 3:21 5:5 7:13 7:21 8:14,24,25,25 8:25 9:6,23,24 10:4 10:13,17,19,19,21 11:8,10,11,12,16,21 12:19 13:13,14

---
**L**

**late** 4:1
**Law** 1:39
**legal** 10:6,10 11:13
**let's** 5:9,14,17 12:21
**list** 4:8 12:7
**litigation** 9:14
**little** 3:18 7:20
**LLC** 1:11 3:11 6:11
**look** 12:19
**looking** 9:3
**looks** 4:12
**loved** 7:3
**luck** 3:18

---
**M**

**M** 1:31
**Malibu** 1:10 3:11 6:11,17 8:16
**matter** 14:4
**mean** 8:3 10:4,9 11:15
**meeting** 4:3,4,15 7:17

11:7,15
**Melbourne** 1:42
**Middle** 1:2 3:4 6:6
**missed** 13:12
**missing** 4:10
**mistake** 7:1,5
**mistakes** 13:14
**moment** 5:2
**Monday** 4:2,5
**Morgan** 1:38,39 6:15 6:16,17,18,25 7:7 7:14,19,23 8:9,15 8:22 9:5,11,15,20 10:1,8,10,14,23 11:1,4,8,18,21,25 12:7,13 13:7,8,18 13:20,23
**morning** 3:8,13 6:8 6:13,16 7:5 13:9
**motion** 12:18
**motions** 12:12,15

---
**N**

**N** 1:29 2:1 3:2
**needs** 11:17
**nice** 13:21
**nondebtors** 8:11
**notably** 4:10
**Notary** 14:8
**noted** 5:2
**noticed** 9:18
**Number** 3:10 6:2,10 14:10

---
**O**

**O** 3:2
**o'clock** 5:22 6:1,3
**obviously** 5:4
**occurring** 8:18
**October** 7:12
**office** 1:32 4:7 12:3 12:10
**okay** 3:15 4:16,20,23 5:21 6:10,15,18 7:6 7:8,8,15 8:7,19 9:4 9:9,13,17,22 11:3,5 11:20,22 12:2,11,16

13:4,13,19
once 12:13
opening 4:11
order 5:7 6:20 13:16
Orlando 1:3,26,35
  3:1
outstanding 4:9
overall 3:23
owns 8:19

**P**

P 1:29,29 3:2
P.A 1:39
participate 11:10,12
pay 8:16,17
paying 12:17
pending 9:11,14
people 13:15
percent 8:20
person 7:4
place 7:17
plan 5:6 7:22 8:2
  9:24 10:2,19 11:8
  12:22,25 13:6
plans 10:18
Please 3:8 6:8
portion 8:21
potential 9:24
potentially 12:5
present 10:3
presiding 3:6 6:7
Presuming 4:18
proceeding 6:2
proceedings 1:19,47
  2:3 6:4 13:24 14:3
productive 4:9
proof 4:10
properties 8:8,12,16
  9:10
provided 1:48
Public-State 14:8
putting 8:2

**Q**

question 5:4 8:23
questions 10:12
quite 4:9

**R**

R 1:29 3:2 14:1
reach 3:17
real 7:24,24
really 8:4 9:2,6 10:21
  13:11
reason 10:24
recall 6:10
recalled 6:3
received 3:25
recess 5:22
recorded 1:47
recording 1:47 14:3
renovated 8:13
renovations 8:18
REPORTER 2:9
Reporters 1:48 14:15
representative 4:2,6
  4:24
requested 12:4
required 4:14
requirement 11:13
reset 12:21
revenue 8:8,21
right 3:8,10,15 5:1,17
  5:20,25 6:8,18 7:8
  8:10 9:17,22 11:5
  12:11,21 13:1,4,7
  13:20,21
rise 3:3 6:5
Road 1:40
Robson 1:21 2:3 3:6
  6:7

**S**

S 1:29 3:2
s/Lois 14:14
sanctioned 5:9 6:21
save 3:7
scheduled 3:22
scheduling 4:2
seated 3:9 6:9
Section 4:14 11:14
see 9:18 13:16
sense 10:16
session 3:5 6:7
set 5:10 7:11

setting 12:24
shortly 7:11
show 5:7 6:20
shows 4:16,18
Simonds 14:14
simple 10:20
small 4:12
sooner 5:14 10:25
sorry 13:12
sort 8:25 9:21
sorted 12:14
sound 1:47 14:3
speak 9:23
speaking 9:18
spoken 10:1
States 1:1,22,32,36
  3:3,7,14 6:5,14
status 2:5 3:16,20
  5:18 6:19,23 7:16
  8:12 10:13 13:5
steps 5:5 7:21 9:6
strange 3:18
Street 1:25,33
Suite 1:34,41
sure 4:9 7:10 12:2
surgery 7:4

**T**

T 14:1,1
take 6:11 9:6 13:23
taken 5:5 7:22
talk 12:23
tell 6:23 7:20
tenants 8:15,16
thank 5:24,25 13:8,8
  13:9,20,21
that's 4:14 5:20 7:9
  8:9,22 9:2,7 10:9
  12:6
there's 5:1 10:21
they're 8:4,5,11,12
  8:13 9:5
thin 4:17
thing 9:7
things 9:1
think 4:7 7:11 8:5,22
thoughts 10:3,5

time 10:18 12:10
times 12:8,9
today 5:9
told 12:1
tolerant 13:10,11
touch 4:3
trainer 9:21 11:9
transcript 1:19,48
  14:2,12
treat 9:6
TRIAL 1:31
Trustee 1:32,36 3:14
  6:14
Trustee's 12:3,10
trying 10:2
turnover 12:18
Two 1:11 3:11 6:11

**U**

U.S 12:3,10
uncommon 11:23
understand 3:16 7:16
  8:11 11:15 13:10
understanding 3:23
  8:9 13:9
United 1:1,22,32,36
  3:3,7,14 6:5,14

**V**

vacant 8:13
Vachon 14:7
voicemail 4:1

**W**

want 6:23 10:21
  11:10 12:18
wanted 10:16
Washington 1:25,33
wasn't 4:3
way 8:6 9:2
we'll 13:5
we're 3:15 4:10 7:15
  10:15
week 4:5 7:18 11:7
West 1:25,33
what's 8:12,13
When's 5:10

| | |
|---|---|
| **Whitsett** 5:11 13:1<br>**WORD** 2:11<br>**work** 4:5<br>**wouldn't** 8:20 | **407** 1:50<br>**443-9289** 1:50 |
| **X**<br>**X** 2:1 | **5**<br>**521** 11:14<br>**5th** 3:22 7:17 |
| **Y**<br>**yeah** 10:8,11,14 11:1<br>  11:18<br>**year** 10:20<br>**you'll** 12:22<br>**YOUNG** 1:24 | **6**<br>**6:22-** 6:2<br>**6:22-bk-03852-GER**<br>  1:6<br>**7**<br>**7th** 13:3,4 |
| **Z**<br>**Zoom** 1:38 | **8**<br>**8** 1:17 3:1 |
| **0**<br>**07/24/2026** 14:9 | **9**<br>**9:30** 5:16,17,19 6:1<br>  6:19 13:3,5<br>**9:37** 3:1<br>**9:47** 6:3 |
| **1**<br>**1** 2:5<br>**10:00** 5:22<br>**10th** 5:12,15,18<br>**11** 5:11 14:6<br>**1100** 1:34<br>**1116** 4:14<br>**14** 2:9<br>**15** 2:11 | |
| **2**<br>**2:00** 5:16<br>**2022** 1:17 3:1<br>**2023** 5:19 14:6<br>**22-** 3:10<br>**22-3852** 6:10<br>**24th** 5:13<br>**2800** 1:40 | |
| **3**<br>**3** 2:3<br>**341** 3:21 4:3,15 7:16<br>  11:14,23<br>**3852** 3:11 | |
| **4**<br>**400** 1:25,33 | |