```
                UNITED STATES BANKRUPTCY COURT
                  MIDDLE DISTRICT OF FLORIDA
                       ORLANDO DIVISION


                                     CASE NO.: 6:22-bk-03852-GER

                                           ORIGINAL
  IN RE:

  MALIBU BAY HOMEOWNERS
  ASSOCIATION TWO, LLC,

                 Debtor.
  _____


                       FEBRUARY 7, 2023

                   TRANSCRIPT OF PROCEEDINGS

           HELD BEFORE HONORABLE GRACE E. ROBSON
                UNITED STATES BANKRUPTCY JUDGE

               GEORGE C. YOUNG FEDERAL BUILDING
                  400 WEST WASHINGTON STREET
                       ORLANDO, FLORIDA


  A P P E A R A N C E S:

  AUDREY M. ALESKOVSKY, TRIAL ATTORNEY
  Office of the United States Trustee
  400 West Washington Street
  Orlando, Florida
        Appearing on behalf of United States Trustee

  ERIC A. MORGAN, ESQUIRE
  Morgan Law, P.A.
  2800 Aurora Road
  Melbourne, Florida
        Appearing on behalf of Debtor

  JEFFREY S. FRASER, ESQUIRE - Telephonic
  P.O. Box 23028
  Tampa, Florida
        Appearing on behalf of U.S. Bank
        National Association

     Proceedings recorded by electronic sound recording
      Transcript provided by ACCREDITED COURT REPORTERS
                 acreporters@embarqmail.com
                      (407) 443-9289
```

I N D E X

PROCEEDINGS BEFORE JUDGE ROBSON:                        3

1) Continued Status Conference

2) Motion for Relief from Stay by U.S. Bank
   National Association


CERTIFICATE OF REPORTER:                                12

WORD INDEX:                                             13

```
                                                                    3
 1            ORLANDO, FLORIDA, FEBRUARY 7, 2023, 9:32 A.M.
 2                     P R O C E E D I N G S
 3            THE CLERK: All rise.  The United States
 4   Bankruptcy Court for the Middle District of Florida is
 5   now in session.
 6            The Honorable Grace E. Robson presiding.  May
 7   God save the United States and this Honorable Court.
 8            THE COURT: Okay.  Good morning.  Please be
 9   seated.
10            All right.  Good morning everyone.  Happy
11   Tuesday.  We're here on a number of matters on the 9:30
12   calendar, and let me start first with Malibu Bay
13   Homeowners Association Two, LLC, Case Number 22-3852.
14            MS. ALESKOVSKY: Good morning, Your Honor.
15   Audrey Aleskovsky on behalf of the United States Trustee.
16            THE COURT: Okay.  Good morning.
17            MR. MORGAN: Attorney Eric Morgan for Malibu
18   Bay.
19            THE COURT: Okay.  Good morning.
20            MR. MORGAN: Good morning.
21            THE COURT: All right.  And then do we have Mr.
22   Fraser on the phone?
23            MR. FRASER: Yes.  Good morning, Your Honor.
24   Jeff Fraser; Fraser, F-R-A-S-E-R, on behalf of U.S. Bank
25   National in connection to the motion for relief at Docket
```

1  Entry 35.
2          THE COURT: Okay. All right. Anyone else want
3  to make an appearance in the Malibu Bay Homeowners
4  Association Two case?
5          All right. So we're here on a status
6  conference as well as the motion for relief from stay
7  filed by U.S. Bank and the Debtor's objection which I
8  guess was filed this morning, Mr. Morgan. And then, Ms.
9  Aleskovsky, I see that the U.S. Trustee withdrew their
10 motion to dismiss.
11         MS. ALESKOVSKY: Yes, Your Honor.
12         THE COURT: Okay. All right. So, Mr. Morgan,
13 why don't you tell me about the case and whether there's
14 been any resolution reached with respect to the bank.
15         MR. MORGAN: Good morning, Your Honor.
16         No, we have not reached a resolution with the
17 bank. I did just file an objection to their motion for
18 relief to stay this morning. You know, we're at a very
19 early stage in the case and, you know, essentially our
20 objection is that, you know, if we begin -- begin peeling
21 off the assets of, you know, the Debtor, soon there will
22 be nothing left and it'll, you know, each successive
23 creditor would have sort of a stronger argument to peel
24 off their asset as well. We -- we would like the chance
25 to get our plan submitted and confirmed without, you

1  know, having, you know, one of the properties, you know,
2  peeled off so quickly.
3        We did encounter some problems with the initial
4  paperwork.  We've gotten those resolved.  I'm very
5  thankful to Ms. Aleskovsky for withdrawing her motion to
6  dismiss, and so we're just asking for a little bit more
7  time to get our plan submitted and asking for you to at
8  least for now deny the motion for relief from stay.
9        THE COURT: Okay.  Well, what do you -- okay.
10 So the creditor's motion says there's no equity.  There's
11 a couple of things they say but one of which is there's
12 no equity in the property.  I guess we've resolved the
13 insurance issue, but what do you say about the value?
14       MR. MORGAN: You know, I can't really -- I can't
15 really dispute their allegation about the equity other
16 than to say that, you know, I mean these values go up and
17 down.  I mean how is it, you know, how is it that they
18 got, you know, a lien for four hundred thousand if it's
19 worth in the two hundred thousands?  I mean these values
20 do go up and down and to bill (sic) them by cycle.
21       THE COURT: Well, isn't the debt based on a
22 judgment?
23       MR. MORGAN: It is based on a judgment and, you
24 know, maybe that there's, you know, maybe too much
25 attorney's fees baked in there or, you know, some other

1  aspect of -- of the judgment which is sort out of
2  proportion in some way.
3          THE COURT: Wasn't the judgment entered back in
4  2020?
5          MR. MORGAN: Yes, Your Honor.
6          THE COURT: Okay.  So I can't really revisit any
7  of those issues, can I?
8          MR. MORGAN: No, no.
9          THE COURT: Okay.  So, all right.  So tell me
10 what progress has the Debtor made in connection with
11 formulating a plan?
12         MR. MORGAN: All right.  Your Honor, I have --
13 I have a -- I had hoped to have a plan already submitted
14 by now.  I am in the final stages.  It is something I'm
15 a little bit new to doing.  I have somebody who is
16 helping me do it but that person's been unavailable due
17 to illness recently but I do plan to have it submitted to
18 you very shortly.
19         THE COURT: Okay.  When you say someone helping
20 you, do you mean someone from the Debtor or do you mean
21 someone --
22         MR. MORGAN: No, just -- just mean a --
23         THE COURT: -- another attorney or --
24         MR. MORGAN: -- a mentor figure, another
25 attorney, yes.

7

1 THE COURT: Okay. So is that person getting
2 compensated or what's the --
3 MR. MORGAN: No, no. It's just a -- just a
4 collegial --
5 THE COURT: Like a friend?
6 MR. MORGAN: Yeah, correct.
7 THE COURT: All right. Well, you have a
8 deadline coming up February 23rd to file your plan,
9 otherwise --
10 MR. MORGAN: Yes.
11 THE COURT: Okay. So is there any reason why it
12 wouldn't be filed by that date?
13 MR. MORGAN: No, Your Honor.
14 THE COURT: Okay. So, all right. Well, let me
15 hear from Mr. Fraser then on the motion.
16 MR. FRASER: Good morning again, Judge. Jeff
17 Fraser on behalf of U.S. Bank.
18 I checked the docket an hour ago in preparation
19 for this hearing and I hadn't seen the response, but I
20 did pull it up now after Debtor's counsel indicated that
21 he had filed one. So I was trying to listen to his
22 statements before the Court while simultaneously
23 reviewing his response. I don't see anything in the
24 response that combats what we were attempting to argue in
25 our particular motion.

1     As indicated on the record this morning, there
2  was a final judgment entered in December of 2019 in the
3  amount stated before the Court which was $468,339.43; and
4  our particular issue with this bankruptcy and the
5  automatic stay is that -- as indicated in our motion as
6  well as admitted in the Debtor's response -- the interest
7  that was acquired by this particular Debtor was an
8  interest that was acquired after the foreclosure process
9  had been -- began.
10     The Debtor attempted to file a motion to
11  intervene in the foreclosure case; however, that was
12  denied.  And prior to this -- and it's our position,
13  Judge, that the interest that the Debtor has in the
14  property is not the type of interest that would
15  facilitate the filing of a Chapter 11 claim and utilizing
16  this particular piece of property.  There's no privity of
17  contract and, you know, this -- this particular Debtor
18  also filed a motion that was denied by the court that
19  appears to -- it appeared to coincide with the relief
20  requested by the movant because it acknowledges the
21  appeal that they filed outside of bankruptcy and it
22  appears that the Debtor wants to go forth and prosecute
23  the appeal.
24     So I think lifting the automatic stay as to
25  this particular piece of collateral is the best thing for

```
 1  all parties involved.
 2              THE COURT: Well, okay.  So you want to lift the
 3  stay for to reset a foreclosure sale and then to proceed
 4  with the appeal; is that correct?
 5              MR. FRASER: Well, the Debtor would proceed with
 6  the appeal.  It's their appeal on the motion to intervene
 7  in the foreclosure case.
 8              THE COURT: Well, but the DCA --
 9              MR. FRASER: And the appellate court --
10              THE COURT: -- but the DCA stopped it pending,
11  you know, a ruling from this Court to allow it to proceed
12  or not, right?
13              MR. FRASER: Correct.
14              THE COURT: Okay.  So wouldn't the bank be
15  defending that appeal?
16              MR. FRASER: Yes.  Yes, Judge, yes.
17              THE COURT: Okay.  So you need relief from the
18  stay to continue to do that as well as the Debtor.
19              MR. FRASER: Yes.
20              THE COURT: Okay.
21              MR. FRASER: Yes, exactly.
22              THE COURT: All right.  Well, okay.  Based upon
23  the Debtor's response and the upcoming deadline to file a
24  plan, I'm going to give the Debtor an opportunity to file
25  a plan but I'm also going to grant stay relief to the
```

```
                                                              10
 1   bank to proceed with both the resetting of the
 2   foreclosure sale as well as the pursuing the appeal but
 3   the sale can't be set for a period of 90 days, Mr.
 4   Fraser, to give the Debtor an opportunity to file and
 5   potentially confirm a plan or not confirm a plan and that
 6   way you'll have a date in place if things don't go
 7   successfully for the Debtor.
 8            MR. FRASER: Okay.  I'll include that language
 9   in the order.
10            THE COURT: Okay.  All right.  So did I miss
11   anything?  Mr. Morgan, did you want to --
12            MR. MORGAN: No, you didn't.  That's very fair.
13   Thank you.
14            THE COURT: All right.  So, okay.  So, Mr.
15   Fraser, I'll look to you for the order and then please
16   run it by Mr. Morgan and if you don't hear back for some
17   reason you can submit it after three days.  Okay?
18            MR. FRASER: Thank you, Judge.  I will do so.
19            THE COURT: Okay.  All right.  Is there anything
20   else we can do in this case?  Ms. Aleskovsky, anything on
21   your end?
22            MS. ALESKOVSKY: No, Your Honor.
23            THE COURT: Okay.  All right.  Okay.  So let me
24   reset another status conference to come back on a date
25   after the plan deadline, which is February 23rd.  Let me
```

```
 1   ask Ms. Whitsett what's our first day after that.
 2              THE CLERK: March 7th.  Is that too early?
 3              THE COURT: No, because we'll set confirmation
 4   at that time.
 5              THE CLERK: March 7th at 2:00 o'clock.
 6              THE COURT: Okay.  So we're going to come back
 7   for a continued status conference on March 7th at 2:00
 8   p.m., where presuming a plan is filed, we'll set dates
 9   for confirmation.  Okay.
10              All right.  All right.  Thank you.  We'll see
11   you back then.
12              (Thereupon, the taking of the proceedings was
13   concluded.)
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I certify that the foregoing is a correct transcript

from the electronic sound recording of the proceedings in

the above-styled matter.

*Cynthia D. Vachon*          April 11, 2023
Cynthia D. Vachon
Notary Public-State of Florida
Commission Expires: 07/24/2026
Commission Number: HH291609

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

/s/Lois H. Simonds
Accredited Court Reporters

**A**

**A.M** 3:1
**above-styled** 12:4
**Accredited** 1:48
  12:15
**acknowledges** 8:20
**acquired** 8:7,8
**acreporters@emba...**
  1:49
**admitted** 8:6
**ago** 7:18
**Aleskovsky** 1:29 3:14
  3:15 4:9,11 5:5
  10:20,22
**allegation** 5:15
**allow** 9:11
**amount** 8:3
**appeal** 8:21,23 9:4,6
  9:6,15 10:2
**appearance** 4:3
**appeared** 8:19
**Appearing** 1:33,39
  1:44
**appears** 8:19,22
**appellate** 9:9
**April** 12:6
**argue** 7:24
**argument** 4:23
**asking** 5:6,7
**aspect** 6:1
**asset** 4:24
**assets** 4:21
**Association** 1:10,45
  2:8 3:13 4:4
**attempted** 8:10
**attempting** 7:24
**attorney** 1:29 3:17
  6:23,25
**attorney's** 5:25
**Audrey** 1:29 3:15
**Aurora** 1:37
**AUTHENTICATED**
  12:12
**automatic** 8:5,24

**B**

**back** 6:3 10:16,24

  11:6,11
**baked** 5:25
**bank** 1:44 2:7 3:24
  4:7,14,17 7:17 9:14
  10:1
**bankruptcy** 1:1,20
  3:4 8:4,21
**based** 5:21,23 9:22
**Bay** 1:9 3:12,18 4:3
**began** 8:9
**behalf** 1:33,39,44
  3:15,24 7:17
**best** 8:25
**bill** 5:20
**bit** 5:6 6:15
**Box** 1:42
**BUILDING** 1:22

**C**

**C** 1:22,27 3:2 12:1,1
**calendar** 3:12
**can't** 5:14,14 6:6
  10:3
**case** 1:5 3:13 4:4,13
  4:19 8:11 9:7 10:20
**CERTIFICATE** 2:12
**CERTIFIED** 12:12
**certify** 12:2
**chance** 4:24
**Chapter** 8:15
**checked** 7:18
**claim** 8:15
**CLERK** 3:3 11:2,5
**coincide** 8:19
**collateral** 8:25
**collegial** 7:4
**combats** 7:24
**come** 10:24 11:6
**coming** 7:8
**Commission** 12:9,10
**compensated** 7:2
**concluded** 11:13
**conference** 2:5 4:6
  10:24 11:7
**confirm** 10:5,5
**confirmation** 11:3,9
**confirmed** 4:25

**connection** 3:25 6:10
**continue** 9:18
**continued** 2:5 11:7
**contract** 8:17
**correct** 7:6 9:4,13
  12:2
**counsel** 7:20
**couple** 5:11
**court** 1:1,48 3:4,7,8
  3:16,19,21 4:2,12
  5:9,21 6:3,6,9,19,23
  7:1,5,7,11,14,22 8:3
  8:18 9:2,8,9,10,11
  9:14,17,20,22 10:10
  10:14,19,23 11:3,6
  12:15
**creditor** 4:23
**creditor's** 5:10
**cycle** 5:20
**Cynthia** 12:7

**D**

**D** 2:1 3:2 12:7
**date** 7:12 10:6,24
**dates** 11:8
**day** 11:1
**days** 10:3,17
**DCA** 9:8,10
**deadline** 7:8 9:23
  10:25
**debt** 5:21
**Debtor** 1:12,39 4:21
  6:10,20 8:7,10,13
  8:17,22 9:5,18,24
  10:4,7
**Debtor's** 4:7 7:20 8:6
  9:23
**December** 8:2
**defending** 9:15
**denied** 8:12,18
**deny** 5:8
**didn't** 10:12
**dismiss** 4:10 5:6
**dispute** 5:15
**District** 1:2 3:4
**DIVISION** 1:3
**docket** 3:25 7:18

**doing** 6:15
**don't** 4:13 7:23 10:6
  10:16
**due** 6:16

**E**

**E** 1:19,27,27 2:1 3:2
  3:2,6 12:1,1
**early** 4:19 11:2
**electronic** 1:47 12:3
**encounter** 5:3
**entered** 6:3 8:2
**Entry** 4:1
**equity** 5:10,12,15
**Eric** 1:35 3:17
**ESQUIRE** 1:35,41
**essentially** 4:19
**exactly** 9:21
**Expires** 12:9

**F**

**F** 12:1
**F-R-A-S-E-R** 3:24
**facilitate** 8:15
**fair** 10:12
**February** 1:15 3:1
  7:8 10:25
**FEDERAL** 1:22
**FEDERALLY** 12:12
**fees** 5:25
**figure** 6:24
**file** 4:17 7:8 8:10 9:23
  9:24 10:4
**filed** 4:7,8 7:12,21
  8:18,21 11:8
**filing** 8:15
**final** 6:14 8:2
**first** 3:12 11:1
**Florida** 1:2,24,32,38
  1:43 3:1,4 12:8
**foreclosure** 8:8,11
  9:3,7 10:2
**foregoing** 12:2
**formulating** 6:11
**forth** 8:22
**four** 5:18
**Fraser** 1:41 3:22,23

3:24,24 7:15,16,17
9:5,9,13,16,19,21
10:4,8,15,18
friend 7:5

**G**

G 3:2
**GEORGE** 1:22
getting 7:1
give 9:24 10:4
go 5:16,20 8:22 10:6
**God** 3:7
going 9:24,25 11:6
**Good** 3:8,10,14,16,19
3:20,23 4:15 7:16
gotten 5:4
**Grace** 1:19 3:6
grant 9:25
guess 4:8 5:12

**H**

H 12:14
hadn't 7:19
**Happy** 3:10
hear 7:15 10:16
hearing 7:19
**HELD** 1:19
helping 6:16,19
HH291609 12:10
**Homeowners** 1:9
3:13 4:3
**Honor** 3:14,23 4:11
4:15 6:5,12 7:13
10:22
**Honorable** 1:19 3:6,7
hoped 6:13
hour 7:18
hundred 5:18,19

**I**

I'll 10:8,15
I'm 5:4 6:14 9:24,25
illness 6:17
include 10:8
**INDEX** 2:14
indicated 7:20 8:1,5
initial 5:3

insurance 5:13
interest 8:6,8,13,14
intervene 8:11 9:6
involved 9:1
isn't 5:21
issue 5:13 8:4
issues 6:7
it'll 4:22
it's 5:18 7:3 8:12 9:6

**J**

**Jeff** 3:24 7:16
**JEFFREY** 1:41
**Judge** 1:20 2:3 7:16
8:13 9:16 10:18
judgment 5:22,23 6:1
6:3 8:2

**K**

know 4:18,19,20,21
4:22 5:1,1,1,14,16
5:17,18,24,24,25
8:17 9:11

**L**

language 10:8
**Law** 1:36
left 4:22
lien 5:18
lift 9:2
lifting 8:24
listen 7:21
little 5:6 6:15
**LLC** 1:10 3:13
look 10:15

**M**

M 1:29
**Malibu** 1:9 3:12,17
4:3
**March** 11:2,5,7
matter 12:4
matters 3:11
mean 5:16,17,19 6:20
6:20,22
**Melbourne** 1:38
mentor 6:24
**Middle** 1:2 3:4

**Morgan** 1:35,36 3:17
3:17,20 4:8,12,15
5:14,23 6:5,8,12,22
6:24 7:3,6,10,13
10:11,12,16
morning 3:8,10,14,16
3:19,20,23 4:8,15
4:18 7:16 8:1
motion 2:7 3:25 4:6
4:10,17 5:5,8,10
7:15,25 8:5,10,18
9:6
movant 8:20

**N**

N 1:27 2:1 3:2
**National** 1:45 2:8
3:25
need 9:17
new 6:15
**Notary** 12:8
number 3:11,13
12:10

**O**

O 3:2
o'clock 11:5
objection 4:7,17,20
**Office** 1:30
okay 3:8,16,19 4:2,12
5:9,9 6:6,9,19 7:1
7:11,14 9:2,14,17
9:20,22 10:8,10,14
10:17,19,23,23 11:6
11:9
opportunity 9:24
10:4
order 10:9,15
**Orlando** 1:3,24,32
3:1
outside 8:21

**P**

P 1:27,27 3:2
**P.A** 1:36
p.m 11:8
**P.O** 1:42

paperwork 5:4
particular 7:25 8:4,7
8:16,17,25
parties 9:1
peel 4:23
peeled 5:2
peeling 4:20
pending 9:10
period 10:3
person 7:1
person's 6:16
phone 3:22
piece 8:16,25
place 10:6
plan 4:25 5:7 6:11,13
6:17 7:8 9:24,25
10:5,5,25 11:8
please 3:8 10:15
position 8:12
potentially 10:5
preparation 7:18
presiding 3:6
presuming 11:8
prior 8:12
privity 8:16
problems 5:3
proceed 9:3,5,11 10:1
proceedings 1:17,47
2:3 11:12 12:3
process 8:8
progress 6:10
properties 5:1
property 5:12 8:14
8:16
proportion 6:2
prosecute 8:22
provided 1:48
**Public-State** 12:8
pull 7:20
pursuing 10:2

**Q**

quickly 5:2

**R**

R 1:27 3:2 12:1
reached 4:14,16

**really** 5:14,15 6:6
**reason** 7:11 10:17
**record** 8:1
**recorded** 1:47
**recording** 1:47 12:3
**relief** 2:7 3:25 4:6,18 5:8 8:19 9:17,25
**REPORTER** 2:12
**Reporters** 1:48 12:15
**requested** 8:20
**reset** 9:3 10:24
**resetting** 10:1
**resolution** 4:14,16
**resolved** 5:4,12
**respect** 4:14
**response** 7:19,23,24 8:6 9:23
**reviewing** 7:23
**revisit** 6:6
**right** 3:10,21 4:2,5,12 6:9,12 7:7,14 9:12 9:22 10:10,14,19,23 11:10,10
**rise** 3:3
**Road** 1:37
**Robson** 1:19 2:3 3:6
**ruling** 9:11
**run** 10:16

**S**

**S** 1:27,41 3:2
**s/Lois** 12:14
**sale** 9:3 10:2,3
**save** 3:7
**says** 5:10
**seated** 3:9
**see** 4:9 7:23 11:10
**seen** 7:19
**session** 3:5
**set** 10:3 11:3,8
**shortly** 6:18
**sic** 5:20
**Simonds** 12:14
**simultaneously** 7:22
**somebody** 6:15
**soon** 4:21
**sort** 4:23 6:1

**sound** 1:47 12:3
**stage** 4:19
**stages** 6:14
**start** 3:12
**stated** 8:3
**statements** 7:22
**States** 1:1,20,30,33 3:3,7,15
**status** 2:5 4:5 10:24 11:7
**stay** 2:7 4:6,18 5:8 8:5,24 9:3,18,25
**stopped** 9:10
**Street** 1:23,31
**stronger** 4:23
**submit** 10:17
**submitted** 4:25 5:7 6:13,17
**successfully** 10:7
**successive** 4:22

**T**

**T** 12:1,1
**Tampa** 1:43
**Telephonic** 1:41
**tell** 4:13 6:9
**Thank** 10:13,18 11:10
**thankful** 5:5
**That's** 10:12
**there's** 4:13 5:10,10 5:11,24 8:16
**thing** 8:25
**things** 5:11 10:6
**think** 8:24
**thousand** 5:18
**thousands** 5:19
**three** 10:17
**time** 5:7 11:4
**transcript** 1:17,48 12:2,12
**TRIAL** 1:29
**Trustee** 1:30,33 3:15 4:9
**trying** 7:21
**Tuesday** 3:11
**two** 1:10 3:13 4:4

5:19
**type** 8:14

**U**

**U.S** 1:44 2:7 3:24 4:7 4:9 7:17
**unavailable** 6:16
**United** 1:1,20,30,33 3:3,7,15
**upcoming** 9:23
**utilizing** 8:15

**V**

**Vachon** 12:7
**value** 5:13
**values** 5:16,19

**W**

**want** 4:2 9:2 10:11
**wants** 8:22
**Washington** 1:23,31
**Wasn't** 6:3
**way** 6:2 10:6
**we'll** 11:3,8,10
**we're** 3:11 4:5,18 5:6 11:6
**we've** 5:4,12
**West** 1:23,31
**what's** 7:2 11:1
**Whitsett** 11:1
**withdrawing** 5:5
**withdrew** 4:9
**WORD** 2:14
**worth** 5:19
**wouldn't** 7:12 9:14

**X**

**X** 2:1

**Y**

**Yeah** 7:6
**you'll** 10:6
**YOUNG** 1:22

**Z**

**0**

**07/24/2026** 12:9

**1**

**1** 2:5
**11** 8:15 12:6
**12** 2:12
**13** 2:14

**2**

**2** 2:7
**2:00** 11:5,7
**2019** 8:2
**2020** 6:4
**2023** 1:15 3:1 12:6
**22-3852** 3:13
**23028** 1:42
**23rd** 7:8 10:25
**2800** 1:37

**3**

**3** 2:3
**35** 4:1

**4**

**400** 1:23,31
**407** 1:50
**443-9289** 1:50
**468,339.43** 8:3

**5**

**6**

**6:22-bk-03852-GER** 1:5

**7**

**7** 1:15 3:1
**7th** 11:2,5,7

**8**

**9**

**9:30** 3:11
**9:32** 3:1
**90** 10:3