```
             UNITED STATES BANKRUPTCY COURT
               MIDDLE DISTRICT OF FLORIDA
                    ORLANDO DIVISION


                                    CASE NO.: 6:22-bk-03852-GER
                                         ORIGINAL
IN RE:

MALIBU BAY HOMEOWNERS
ASSOCIATION TWO, LLC,

                 Debtor.
_____


                      MARCH 7, 2023

                TRANSCRIPT OF PROCEEDINGS

          HELD BEFORE HONORABLE GRACE E. ROBSON
             UNITED STATES BANKRUPTCY JUDGE

             GEORGE C. YOUNG FEDERAL BUILDING
               400 WEST WASHINGTON STREET
                    ORLANDO, FLORIDA




A P P E A R A N C E S:

JILL E. KELSO, TRIAL ATTORNEY - via Zoom
Office of the United States Trustee
400 West Washington Street
Orlando, Florida
     Appearing on behalf of United States Trustee

ERIC A. MORGAN, ESQUIRE
Morgan Law, P.A.
2800 Aurora Road
Melbourne, Florida
     Appearing on behalf of Debtor




     Proceedings recorded by electronic sound recording
      Transcript provided by ACCREDITED COURT REPORTERS
                 acreporters@embarqmail.com
                      (407) 443-9289
```

2

I N D E X

PROCEEDINGS BEFORE JUDGE ROBSON:                         3

1) Continued Status Conference

2) Debtor's Motion to Extend Time for
   Confirmation of Plan


CERTIFICATE OF REPORTER:                                15

WORD INDEX:                                             16

3

1         ORLANDO, FLORIDA, MARCH 7, 2023, 2:00 P.M.
2                P R O C E E D I N G S
3       THE CLERK: All rise. The United States
4 Bankruptcy Court for the Middle District of Florida is
5 now in session. The Honorable Grace E. Robson presiding.
6       THE COURT: All right. Good afternoon.
7       Okay. So we're here on a couple of matters.
8 So for those who are on Zoom, kindly keep your videos
9 turned off and your microphones muted until your case is
10 called.
11       The first matter that I have is Malibu Bay
12 Homeowners Association Two, LLC, Case Number 22-3852.
13 Let me take appearances in the courtroom.
14       MR. MORGAN: Eric Morgan for Malibu Bay
15 Homeowners.
16       THE COURT: Okay. Good afternoon. And then on
17 Zoom, Ms. Kelso.
18       MS. KELSO: Yes. Good afternoon, Your Honor.
19 Jill Kelso on behalf of the United States Trustee.
20       THE COURT: Okay. So we're here on a status
21 conference, and right now there's a couple of things that
22 are pending but, Mr. Morgan, why don't you tell me what
23 the status of the case is and what your plans are. I
24 know you filed a plan, and then we can get -- we can talk
25 about that as well.

1        MR. MORGAN: Yeah, I filed a plan.  The plan is
2   going to be based on doing a motion to determine the
3   value of the three properties, which I've written and
4   just about to submit those.  And the U.S. Trustee's
5   Office did request some information.  I've had some -- a
6   little bit of trouble obtaining that information.  I have
7   inquired with the client, I am working on that.  I've
8   responded with part of the information that they asked
9   for.
10       THE COURT: Okay.  Which is what?  What
11  information is outstanding?
12       MR. MORGAN: Basically there's some co-owners.
13  There's some co-owners of these properties, and the U.S.
14  Trustee's Office wants the income and expenses that the
15  co-owners are collecting and I did request that and
16  basically I've not received that, but I'm trying to be
17  persuasive and to obtain that and to make sure the client
18  understands that it needs to be provided.
19       THE COURT: Wasn't -- I mean hasn't that been an
20  issue since the beginning of this case back in October?
21       MR. MORGAN: Well, to-date, I mean I felt like
22  some of that information was being provided, you know,
23  because I know that when the client, you know, obtained
24  insurance that was paid for by, you know, you know, a
25  different firm or whatever, and so we did -- we did

1  disclose that, but now it's coming down to, you know,
2  these specific questions that the Trustee asked.  I did
3  submit those to the client and, yeah, I admit, I, you
4  know, it should have already been provided and I'm hoping
5  to soon provide it, and I am trying to be persuasive on
6  this issue with the client.
7           THE COURT:  Okay.  Because how is the plan going
8  to proceed if there's no information on, you know, the
9  source of income and expenses and, you know, that kind of
10 thing?  So I did take a quick look at part of the plan
11 which I have intended to, you know, maybe schedule a
12 confirmation for and it looks like, you know, there's
13 four classes of secured creditors which are all listed as
14 impaired, and while there's reference to filing motions
15 to value collateral I don't see any treatment for what
16 happens after you do that.  So, and then obviously you'll
17 need the projections to support, you know, if the secured
18 creditors are going to be paid whatever the value is --
19          MR. MORGAN:  Um-hum.
20          THE COURT:  -- you have to show how that's
21 feasible.
22          MR. MORGAN:  Correct.
23          THE COURT:  So I don't know if that's not --
24          MR. MORGAN:  I'm being told that it is feasible
25 but I'm not -- I haven't been, you know, provided the

6

1 numbers as to how it's feasible.
2     THE COURT: Okay.
3     MR. MORGAN: And so that's where I've had some
4 difficulty but I -- it actually kind of reached a head
5 this morning, you know, the first time I'm dealing with
6 this, you know, one of these last minute type people
7 where it gets to that point and then you finally persuade
8 them and I feel like I broke through with him today.
9     THE COURT: Okay.
10     MR. MORGAN: But it is -- it does come a bit
11 late.
12     THE COURT: Okay.  Well, all right.  So I see --
13 okay, so that's -- I mean maybe that's something you can
14 fix, you know, with a modification to the plan or
15 something like that, but I see one of the creditors filed
16 a stay relief motion.  It hasn't been set yet.  They
17 filed it negative notice but they're not supposed to do
18 that either, so we'll be setting that.
19     MR. MORGAN: Um-hum.
20     THE COURT: But did you have a chance to look at
21 that?
22     MR. MORGAN: I haven't looked at the most recent
23 one.  I mean --
24     THE COURT: Is there more than one?  I thought
25 there was only one stay relief motion pending.

7

1     MR. MORGAN: Pending, yes.  Pending, yes.
2     THE COURT: Right.
3     MR. MORGAN: The previous one.
4     THE COURT: There was the prior order, yes, but
5  there's one for the Pembroke Pines property.  I think the
6  prior order might have been a different property.  So,
7  and then, you know, that one, the sale is allowed to go
8  forward after May 8th.  So I know you filed a motion to
9  extend the time to confirm the plan but don't you want
10 that confirmation before --
11    MR. MORGAN: Yes.
12    THE COURT: -- the sale happens?  Okay.
13    MR. MORGAN: I do.
14    THE COURT: Okay.  So --
15    MR. MORGAN: So good point.  And I need the
16 numbers to be able to put it altogether and that's what
17 I'm trying to get.
18    THE COURT: Okay.  All right.  So let me hear
19 from Ms. Kelso, from the U.S. Trustee's point of view on
20 where the case is, if there's any deficiencies that need
21 to be cured, etc.
22    MS. KELSO: Thank you, Your Honor.  I think Your
23 Honor has pointed out some of the same concerns that the
24 United States Trustee has.  First and foremost, we've
25 been asking and soon after the case was filed for an

1  accounting of rents collected and expenses disbursed for
2  each of the Debtor's three real estate parcels for twelve
3  months prepetition, which information would also be
4  required to be included in the Debtor's Monthly Operating
5  Reports.  The Debtor is delinquent in filing a Monthly
6  Operating Report for the month of January, and the
7  Debtor's November and December Monthly Operating Reports
8  reflect all zeros for all financial information.
9         So as of right now there's been absolutely no
10 financial or no transparency with respect to the Debtor's
11 prepetition financial activity or the Debtor's post
12 petition financial activity.
13        We've also asked for copies of leases for all
14 rented properties.  My understanding is that the three of
15 the properties are rented.  We don't have those.  And I
16 don't know if a cash collateral motion is necessary in
17 this case but that's not been -- there hasn't been one
18 filed.
19        I think what Your Honor has pointed out with
20 respect to the plan, there's some discussion as well, but
21 the way this plan is written right now it's not
22 confirmable.  I don't -- I don't really see a point in
23 setting it over for confirmation.  There are no
24 projections.  There's not one iota of financial
25 information in the plan.  There's some release and

1   injunction provisions that warrant further scrutiny.
2   And, again, the Debtor has no money.  The Debtor's
3   reporting zeros for its entire operations that we were
4   able to look at post, post petition.
5           My understanding is that there are other co-
6   owners who are collecting rents and who are performing
7   financial activities.  My office has made it very clear
8   to Mr. Morgan that all of that needs to be reported in
9   the Monthly Operating Reports and that has not -- not
10  been done thus far.
11          So I think it also bears mentioning to Your
12  Honor that this case is strikingly similar to another
13  case in which the Debtor's principal and/or related
14  entity owner Fleet Financial, LLC and Mr. Oleh Vaselov is
15  also a principal and owner, and that case is pending in
16  front of Judge Geyer.  That case is Eagle Dunes Owners
17  Association, LLC.  It's Case Number 22-4489.
18          In that case the United States Trustee has
19  filed a motion to dismiss with prejudice or conversion.
20  The case is a bad faith filing under a multitude of
21  factors, not the -- the factors delineated by the
22  Eleventh Circuit in State Street Houses and Phoenix
23  Piccadilly, as well as factors that this Court has
24  articulated through Judge Jackson's order in the SNIIIC,
25  S-N-I-I-C (phonetic), Two, T-W-O, LLC bankruptcy case.

1  That was Case Number 13-14308.  That was -- that order is
2  at Docket Number 287.
3              The U.S. Trustee has not filed a similar motion
4  in this particular case but (sic) intends to do so,
5  because I don't think that having arrived -- having
6  arrived in this Court as a bad faith filing that the
7  Debtor will ever be able to meet the requirements to
8  confirm a plan and particularly under the record of this
9  case.  So I don't -- I don't really know that it makes
10 sense.  I mean I don't know that the United States
11 Trustee has a formal objection to this motion to extend
12 time for confirmation of plan that the Debtor filed at
13 Docket Number 53, but it's sort of a moot point because
14 the plan that's been filed it can't go anywhere, and this
15 motion was filed to address the 45-day limitation under
16 1129(e) that essentially says that if a small business --
17 if a plan is filed in a small business case that meets
18 the requirements for confirmation then the Court shall
19 confirm it within 45 days.  Well, we don't have that.
20 We're missing a condition precedent to the relief
21 requested in this motion and so I don't -- to me, it's
22 sort of a non sequitur.  That said, the U.S. Trustee
23 didn't file an objection.  I just don't think it makes
24 much sense to consider the relief.
25             THE COURT: Okay.  All right.  Well, I do

1   appreciate that, and I guess Ms. Kelso said it in a more
2   direct way than what I was thinking, which is my initial
3   review of the plan, I agree that it doesn't -- it's not
4   confirmable on its face.  So unless you file an amended
5   plan or something that is confirmable, it may just be a
6   waste of time to solicit votes and all of that.  If, just
7   looking at it, I would not confirm it as is.
8           MR. MORGAN: Well, yeah, I know it can't be
9   confirmed as it is.  It needs -- it needs, as she says,
10  the numbers and it needs -- it needs a valuation of the
11  collateral, and I do intend to file -- to file an amended
12  plan --
13          THE COURT: Okay.
14          MR. MORGAN: -- assuming I can get that far and
15  I'm having, as I described, some difficulty working with
16  the co-owners, you know.
17          THE COURT: Okay.
18          MR. MORGAN: And I understand that, you know,
19  for me to sit there and have a client with zeros and then
20  no other information, it -- it's untenable.
21          THE COURT: It's not really helpful.
22          MR. MORGAN: It's untenable.
23          THE COURT: Yeah, it's not helpful.
24          MR. MORGAN: So I am doing my best with that.
25  Ironically, I took the case precisely because it is a

12

1   simpler case.  There's, you know, not a lot of people's
2   lives at stake in this case, and so it helps me to kind
3   of learn, learn a little bit about the Chapter 11
4   process, but the -- the same criteria make it a little
5   bit weird, too, so.
6           THE COURT:  Well, simpler or not, there's still
7   things that have to be done in a case, you know,
8   compliance wise by a Debtor.
9           MR. MORGAN:  Yeah.
10          THE COURT:  And, you know, if they're
11  withholding information from you that's not a good sign.
12  So, anyway, all right.  So here's what we're going to do.
13  I'm not --
14          MR. MORGAN:  I do think it will be provided
15  though.
16          THE COURT:  Okay.  So I'm not going to set the
17  plan as filed for confirmation.  I'll direct that the
18  Debtor has two weeks to file an amended plan.
19          MR. MORGAN:  Okay.
20          THE COURT:  And we're going to set a hearing on
21  the stay relief motion that was at Docket Number 54 that
22  was filed on negative notice and should not be on
23  negative notice for a date -- Ms. Whitsett, when's our
24  next date?
25          THE CLERK:  You could do March 23rd or April

13

1 11th.

2 THE COURT: Okay. So let's see, what's today,
3 the 7th? Why don't we do the 23rd would be good because
4 that will be after the deadline to file an amended plan,
5 and then if that's at least, you know, on its face
6 potentially confirmable we can also talk about setting a
7 hearing and other related deadlines and, you know, to the
8 extent it would be before the May 8th deadline if it's a
9 feasible plan.

10 So, okay, March 23rd. What time, Ms. Whitsett?
11 I forgot.

12 THE CLERK: 9:30.

13 THE COURT: Okay. All right. So why don't we
14 set that March 23rd at 9:30 for Nextgear Financial's
15 motion for stay relief, and then the Court will do an
16 order setting the deadline for the Debtor to file an
17 amended plan.

18 MS. KELSO: Your Honor, did the Court wish to
19 rule on the motion to extend time for confirmation?
20 Would it be carried over or denied given the current plan
21 or --

22 THE COURT: I'll carry that over because we'll
23 see what's filed by the deadline. So, okay, so the
24 Number 53 will be also heard on March 23rd at 9:30.
25 Yeah, because I think --

```
                                                                14
 1              MS. KELSO: Thank you, Your Honor.
 2              THE COURT: Okay.  Thank you.  All right.
 3              MR. MORGAN: Thank you, Your Honor.
 4              THE COURT: Good luck, Mr. Morgan.  Please get
 5   your clients to do what they need to.
 6              MR. MORGAN: I will.
 7              THE COURT: Okay.  All right.  Thank you.
 8              (Thereupon, the taking of the proceedings was
 9   concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Accredited Court Reporters
(407) 443-9289

15

C E R T I F I C A T E

I certify that the foregoing is a correct transcript

from the electronic sound recording of the proceedings in

the above-styled matter.

*Cynthia D. Vachon*          April 11, 2023
Cynthia D. Vachon
Notary Public-State of Florida
Commission Expires: 07/24/2026
Commission Number: HH291609

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

/s/Lois H. Simonds
Accredited Court Reporters

**A**
able 7:16 9:4 10:7
above-styled 15:4
absolutely 8:9
accounting 8:1
Accredited 1:48
    15:15
acreporters@emba...
    1:49
activities 9:7
activity 8:11,12
address 10:15
admit 5:3
afternoon 3:6,16,18
agree 11:3
allowed 7:7
altogether 7:16
amended 11:4,11
    12:18 13:4,17
and/or 9:13
anyway 12:12
appearances 3:13
Appearing 1:36,42
appreciate 11:1
April 12:25 15:6
arrived 10:5,6
articulated 9:24
asked 4:8 5:2 8:13
asking 7:25
Association 1:11 3:12
    9:17
assuming 11:14
ATTORNEY 1:32
Aurora 1:40
AUTHENTICATED
    15:12

**B**
back 4:20
bad 9:20 10:6
bankruptcy 1:1,22
    3:4 9:25
based 4:2
basically 4:12,16
Bay 1:10 3:11,14
bears 9:11
beginning 4:20

behalf 1:36,42 3:19
best 11:24
bit 4:6 6:10 12:3,5
broke 6:8
BUILDING 1:24
business 10:16,17

**C**
C 1:24,30 3:2 15:1,1
called 3:10
can't 10:14 11:8
carried 13:20
carry 13:22
case 1:6 3:9,12,23
    4:20 7:20,25 8:17
    9:12,13,15,16,17,18
    9:20,25 10:1,4,9,17
    11:25 12:1,2,7
cash 8:16
CERTIFICATE 2:12
CERTIFIED 15:12
certify 15:2
chance 6:20
Chapter 12:3
Circuit 9:22
classes 5:13
clear 9:7
CLERK 3:3 12:25
    13:12
client 4:7,17,23 5:3,6
    11:19
clients 14:5
co- 9:5
co-owners 4:12,13,15
    11:16
collateral 5:15 8:16
    11:11
collected 8:1
collecting 4:15 9:6
come 6:10
coming 5:1
Commission 15:9,10
compliance 12:8
concerns 7:23
concluded 14:9
condition 10:20
conference 2:5 3:21

confirm 7:9 10:8,19
    11:7
confirmable 8:22
    11:4,5 13:6
confirmation 2:8
    5:12 7:10 8:23
    10:12,18 12:17
    13:19
confirmed 11:9
consider 10:24
Continued 2:5
conversion 9:19
copies 8:13
correct 5:22 15:2
couple 3:7,21
Court 1:1,48 3:4,6,16
    3:20 4:10,19 5:7,20
    5:23 6:2,9,12,20,24
    7:2,4,12,14,18 9:23
    10:6,18,25 11:13,17
    11:21,23 12:6,10,16
    12:20 13:2,13,15,18
    13:22 14:2,4,7
    15:15
courtroom 3:13
creditors 5:13,18
    6:15
criteria 12:4
cured 7:21
current 13:20
Cynthia 15:7

**D**
D 2:1 3:2 15:7
date 12:23,24
days 10:19
deadline 13:4,8,16,23
deadlines 13:7
dealing 6:5
Debtor 1:13,42 8:5
    9:2 10:7,12 12:8,18
    13:16
Debtor's 2:7 8:2,4,7
    8:10,11 9:2,13
December 8:7
deficiencies 7:20
delineated 9:21

delinquent 8:5
denied 13:20
described 11:15
determine 4:2
didn't 10:23
different 4:25 7:6
difficulty 6:4 11:15
direct 11:2 12:17
disbursed 8:1
disclose 5:1
discussion 8:20
dismiss 9:19
District 1:2 3:4
DIVISION 1:3
Docket 10:2,13 12:21
doesn't 11:3
doing 4:2 11:24
don't 3:22 5:15,23
    7:9 8:15,16,22,22
    10:5,9,9,10,19,21
    10:23 13:3,13
Dunes 9:16

**E**
E 1:21,30,30,32 2:1
    3:2,2,5 15:1,1
Eagle 9:16
either 6:18
electronic 1:47 15:3
Eleventh 9:22
entire 9:3
entity 9:14
Eric 1:38 3:14
ESQUIRE 1:38
essentially 10:16
estate 8:2
expenses 4:14 5:9 8:1
Expires 15:9
extend 2:7 7:9 10:11
    13:19
extent 13:8

**F**
F 15:1
face 11:4 13:5
factors 9:21,21,23
faith 9:20 10:6

**far** 9:10 11:14
**feasible** 5:21,24 6:1
  13:9
**FEDERAL** 1:24
**FEDERALLY** 15:12
**feel** 6:8
**felt** 4:21
**file** 10:23 11:4,11,11
  12:18 13:4,16
**filed** 3:24 4:1 6:15,17
  7:8,25 8:18 9:19
  10:3,12,14,15,17
  12:17,22 13:23
**filing** 5:14 8:5 9:20
  10:6
**finally** 6:7
**financial** 8:8,10,11
  8:12,24 9:7,14
**Financial's** 13:14
**firm** 4:25
**first** 3:11 6:5 7:24
**fix** 6:14
**Fleet** 9:14
**Florida** 1:2,26,35,41
  3:1,4 15:8
**foregoing** 15:2
**foremost** 7:24
**forgot** 13:11
**formal** 10:11
**forward** 7:8
**four** 5:13
**front** 9:16
**further** 9:1

**G**

**G** 3:2
**GEORGE** 1:24
**Geyer** 9:16
**given** 13:20
**go** 7:7 10:14
**going** 4:2 5:7,18
  12:12,16,20
**good** 3:6,16,18 7:15
  12:11 13:3 14:4
**Grace** 1:21 3:5
**guess** 11:1

**H**

**H** 15:14
**happens** 5:16 7:12
**hasn't** 4:19 6:16 8:17
**haven't** 5:25 6:22
**head** 6:4
**hear** 7:18
**heard** 13:24
**hearing** 12:20 13:7
**HELD** 1:21
**helpful** 11:21,23
**helps** 12:2
**here's** 12:12
**HH291609** 15:10
**Homeowners** 1:10
  3:12,15
**Honor** 3:18 7:22,23
  8:19 9:12 13:18
  14:1,3
**Honorable** 1:21 3:5
**hoping** 5:4
**Houses** 9:22

**I**

**I'll** 12:17 13:22
**I'm** 4:16 5:4,24,25
  6:5 7:17 11:15
  12:13,16
**I've** 4:3,5,7,16 6:3
**impaired** 5:14
**included** 8:4
**income** 4:14 5:9
**INDEX** 2:14
**information** 4:5,6,8
  4:11,22 5:8 8:3,8,25
  11:20 12:11
**initial** 11:2
**injunction** 9:1
**inquired** 4:7
**insurance** 4:24
**intend** 11:11
**intended** 5:11
**intends** 10:4
**iota** 8:24
**Ironically** 11:25
**issue** 4:20 5:6
**it's** 5:1 6:1 8:21 9:17

  10:13,21 11:3,20,21
  11:22,23 13:8

**J**

**Jackson's** 9:24
**January** 8:6
**Jill** 1:32 3:19
**Judge** 1:22 2:3 9:16
  9:24

**K**

**keep** 3:8
**Kelso** 1:32 3:17,18,19
  7:19,22 11:1 13:18
  14:1
**kind** 5:9 6:4 12:2
**kindly** 3:8
**know** 3:24 4:22,23,23
  4:24,24 5:1,4,8,9,11
  5:12,17,23,25 6:5,6
  6:14 7:7,8 8:16 10:9
  10:10 11:8,16,18
  12:1,7,10 13:5,7

**L**

**late** 6:11
**Law** 1:39
**learn** 12:3,3
**leases** 8:13
**let's** 13:2
**limitation** 10:15
**listed** 5:13
**little** 4:6 12:3,4
**lives** 12:2
**LLC** 1:11 3:12 9:14
  9:17,25
**look** 5:10 6:20 9:4
**looked** 6:22
**looking** 11:7
**looks** 5:12
**lot** 12:1
**luck** 14:4

**M**

**Malibu** 1:10 3:11,14
**March** 1:17 3:1 12:25
  13:10,14,24
**matter** 3:11 15:4

**matters** 3:7
**mean** 4:19,21 6:13,23
  10:10
**meet** 10:7
**meets** 10:17
**Melbourne** 1:41
**mentioning** 9:11
**microphones** 3:9
**Middle** 1:2 3:4
**minute** 6:6
**missing** 10:20
**modification** 6:14
**money** 9:2
**month** 8:6
**Monthly** 8:4,5,7 9:9
**months** 8:3
**moot** 10:13
**Morgan** 1:38,39 3:14
  3:14,22 4:1,12,21
  5:19,22,24 6:3,10
  6:19,22 7:1,3,11,13
  7:15 9:8 11:8,14,18
  11:22,24 12:9,14,19
  14:3,4,6
**morning** 6:5
**motion** 2:7 4:2 6:16
  6:25 7:8 8:16 9:19
  10:3,11,15,21 12:21
  13:15,19
**motions** 5:14
**multitude** 9:20
**muted** 3:9

**N**

**N** 1:30 2:1 3:2
**necessary** 8:16
**need** 5:17 7:15,20
  14:5
**needs** 4:18 9:8 11:9,9
  11:10,10
**negative** 6:17 12:22
  12:23
**Nextgear** 13:14
**non** 10:22
**Notary** 15:8
**notice** 6:17 12:22,23
**November** 8:7

**Number** 3:12 9:17
  10:1,2,13 12:21
  13:24 15:10
**numbers** 6:1 7:16
  11:10

**O**

**O** 3:2
**objection** 10:11,23
**obtain** 4:17
**obtained** 4:23
**obtaining** 4:6
**obviously** 5:16
**October** 4:20
**office** 1:33 4:5,14 9:7
**okay** 3:7,16,20 4:10
  5:7 6:2,9,12,13 7:12
  7:14,18 10:25 11:13
  11:17 12:16,19 13:2
  13:10,13,23 14:2,7
**Oleh** 9:14
**Operating** 8:4,6,7 9:9
**operations** 9:3
**order** 7:4,6 9:24 10:1
  13:16
**Orlando** 1:3,26,35
  3:1
**outstanding** 4:11
**owner** 9:14,15
**owners** 9:6,16

**P**

**P** 1:30,30 3:2
**P.A** 1:39
**P.M** 3:1
**paid** 4:24 5:18
**parcels** 8:2
**part** 4:8 5:10
**particular** 10:4
**particularly** 10:8
**Pembroke** 7:5
**pending** 3:22 6:25
  7:1,1 9:15
**people** 6:6
**people's** 12:1
**performing** 9:6
**persuade** 6:7

**persuasive** 4:17 5:5
**petition** 8:12 9:4
**Phoenix** 9:22
**phonetic** 9:25
**Piccadilly** 9:23
**Pines** 7:5
**plan** 2:8 3:24 4:1,1
  5:7,10 6:14 7:9 8:20
  8:21,25 10:8,12,14
  10:17 11:3,5,12
  12:17,18 13:4,9,17
  13:20
**plans** 3:23
**Please** 14:4
**point** 6:7 7:15,19
  8:22 10:13
**pointed** 7:23 8:19
**post** 8:11 9:4,4
**potentially** 13:6
**precedent** 10:20
**precisely** 11:25
**prejudice** 9:19
**prepetition** 8:3,11
**presiding** 3:5
**previous** 7:3
**principal** 9:13,15
**prior** 7:4,6
**proceed** 5:8
**proceedings** 1:19,47
  2:3 14:8 15:3
**process** 12:4
**projections** 5:17 8:24
**properties** 4:3,13
  8:14,15
**property** 7:5,6
**provide** 5:5
**provided** 1:48 4:18
  4:22 5:4,25 12:14
**provisions** 9:1
**Public-State** 15:8
**put** 7:16

**Q**

**questions** 5:2
**quick** 5:10

**R**

**R** 1:30 3:2 15:1
**reached** 6:4
**real** 8:2
**really** 8:22 10:9 11:21
**received** 4:16
**record** 10:8
**recorded** 1:47
**recording** 1:47 15:3
**reference** 5:14
**reflect** 8:8
**related** 9:13 13:7
**release** 8:25
**relief** 6:16,25 10:20
  10:24 12:21 13:15
**rented** 8:14,15
**rents** 8:1 9:6
**Report** 8:6
**reported** 9:8
**REPORTER** 2:12
**Reporters** 1:48 15:15
**reporting** 9:3
**Reports** 8:5,7 9:9
**request** 4:5,15
**requested** 10:21
**required** 8:4
**requirements** 10:7,18
**respect** 8:10,20
**responded** 4:8
**review** 11:3
**right** 3:6,21 6:12 7:2
  7:18 8:9,21 10:25
  12:12 13:13 14:2,7
**rise** 3:3
**Road** 1:40
**Robson** 1:21 2:3 3:5
**rule** 13:19

**S**

**S** 1:30 3:2
**S-N-I-I-C** 9:25
**s/Lois** 15:14
**sale** 7:7,12
**says** 10:16 11:9
**schedule** 5:11
**scrutiny** 9:1
**secured** 5:13,17
**see** 5:15 6:12,15 8:22

  13:2,23
**sense** 10:10,24
**sequitur** 10:22
**session** 3:5
**set** 6:16 12:16,20
  13:14
**setting** 6:18 8:23 13:6
  13:16
**show** 5:20
**sic** 10:4
**sign** 12:11
**similar** 9:12 10:3
**Simonds** 15:14
**simpler** 12:1,6
**sit** 11:19
**small** 10:16,17
**SNIIIC** 9:24
**solicit** 11:6
**soon** 5:5 7:25
**sort** 10:13,22
**sound** 1:47 15:3
**source** 5:9
**specific** 5:2
**stake** 12:2
**State** 9:22
**States** 1:1,22,33,36
  3:3,19 7:24 9:18
  10:10
**status** 2:5 3:20,23
**stay** 6:16,25 12:21
  13:15
**Street** 1:25,34 9:22
**strikingly** 9:12
**submit** 4:4 5:3
**support** 5:17
**supposed** 6:17
**sure** 4:17

**T**

**T** 15:1,1
**T-W-O** 9:25
**take** 3:13 5:10
**talk** 3:24 13:6
**tell** 3:22
**Thank** 7:22 14:1,2,3
  14:7
**that's** 5:20,23 6:3,13

| | | | |
|---|---|---|---|
| 6:13 7:16 8:17 10:14 12:11 13:5 | **untenable** 11:20,22 | **0** | **9** |
| **there's** 3:21 4:12,13 5:8,12,14 7:5,20 8:9 8:20,24,25 12:1,6 | **V** | 07/24/2026 15:9 | **9:30** 13:12,14,24 |
| **they're** 6:17 12:10 | **Vachon** 15:7 | **1** | |
| **thing** 5:10 | **valuation** 11:10 | **1** 2:5 | |
| **things** 3:21 12:7 | **value** 4:3 5:15,18 | **11** 12:3 15:6 | |
| **think** 7:5,22 8:19 9:11 10:5,23 12:14 13:25 | **Vaselov** 9:14 | **1129(e)** 10:16 | |
| | **videos** 3:8 | **11th** 13:1 | |
| | **view** 7:19 | **13-14308** 10:1 | |
| | **votes** 11:6 | **15** 2:12 | |
| **thinking** 11:2 | | **16** 2:14 | |
| **thought** 6:24 | **W** | | |
| **three** 4:3 8:2,14 | **want** 7:9 | **2** | |
| **time** 2:7 6:5 7:9 10:12 11:6 13:10,19 | **wants** 4:14 | **2** 2:7 | |
| | **warrant** 9:1 | **2:00** 3:1 | |
| **to-date** 4:21 | **Washington** 1:25,34 | **2023** 1:17 3:1 15:6 | |
| **today** 6:8 13:2 | **Wasn't** 4:19 | **22-3852** 3:12 | |
| **told** 5:24 | **waste** 11:6 | **22-4489** 9:17 | |
| **transcript** 1:19,48 15:2,12 | **way** 8:21 11:2 | **23rd** 12:25 13:3,10 13:14,24 | |
| | **we'll** 6:18 13:22 | **2800** 1:40 | |
| **transparency** 8:10 | **we're** 3:7,20 10:20 12:12,20 | **287** 10:2 | |
| **treatment** 5:15 | **we've** 7:24 8:13 | | |
| **TRIAL** 1:32 | **weeks** 12:18 | **3** | |
| **trouble** 4:6 | **weird** 12:5 | **3** 2:3 | |
| **Trustee** 1:33,36 3:19 5:2 7:24 9:18 10:3 10:11,22 | **West** 1:25,34 | | |
| | **what's** 13:2,23 | **4** | |
| | **when's** 12:23 | **400** 1:25,34 | |
| **Trustee's** 4:4,14 7:19 | **Whitsett** 12:23 13:10 | **407** 1:50 | |
| **trying** 4:16 5:5 7:17 | **wise** 12:8 | **443-9289** 1:50 | |
| **turned** 3:9 | **wish** 13:18 | **45** 10:19 | |
| **twelve** 8:2 | **withholding** 12:11 | **45-day** 10:15 | |
| **two** 1:11 3:12 9:25 12:18 | **WORD** 2:14 | | |
| | **working** 4:7 11:15 | **5** | |
| | **written** 4:3 8:21 | **53** 10:13 13:24 | |
| **type** 6:6 | | **54** 12:21 | |
| **U** | **X** | | |
| **U.S** 4:4,13 7:19 10:3 10:22 | **X** 2:1 | **6** | |
| | | **6:22-bk-03852-GER** 1:6 | |
| | **Y** | | |
| **Um-hum** 5:19 6:19 | **yeah** 4:1 5:3 11:8,23 12:9 13:25 | **7** | |
| **understand** 11:18 | | **7** 1:17 3:1 | |
| **understanding** 8:14 9:5 | **you'll** 5:16 | **7th** 13:3 | |
| | **YOUNG** 1:24 | | |
| **understands** 4:18 | | **8** | |
| **United** 1:1,22,33,36 3:3,19 7:24 9:18 10:10 | **Z** | **8th** 7:8 13:8 | |
| | **zeros** 8:8 9:3 11:19 | | |
| | **Zoom** 1:32 3:8,17 | | |