```
                   UNITED STATES BANKRUPTCY COURT
                     MIDDLE DISTRICT OF FLORIDA
                          ORLANDO DIVISION


                                      CASE NO.: 6:22-bk-03852-GER

                                         ORIGINAL
  IN RE:

  MALIBU BAY HOMEOWNERS
  ASSOCIATION TWO, LLC,

                Debtor.
  _____

                         MARCH 23, 2023

                   TRANSCRIPT OF PROCEEDINGS

             HELD BEFORE HONORABLE GRACE E. ROBSON
                UNITED STATES BANKRUPTCY JUDGE

                GEORGE C. YOUNG FEDERAL BUILDING
                   400 WEST WASHINGTON STREET
                        ORLANDO, FLORIDA


  A P P E A R A N C E S:

  BRYAN BUENAVENTURA, TRIAL ATTORNEY
  Office of the United States Trustee
  400 West Washington Street
  Orlando, Florida
        Appearing on behalf of United States Trustee

  ERIC A. MORGAN, ESQUIRE
  Morgan Law, P.A.
  2800 Aurora Road
  Melbourne, Florida
        Appearing on behalf of Debtor

  ERICK P. STEFFENS, ESQUIRE
  250 International Parkway
  Lake Mary, Florida
        Appearing on behalf of Nextgear
        Financial, LLC

     Proceedings recorded by electronic sound recording
      Transcript provided by ACCREDITED COURT REPORTERS
                 acreporters@embarqmail.com
                      (407) 443-9289
```

2

I N D E X

PROCEEDINGS BEFORE JUDGE ROBSON:                          3

1) Continued Status Conference

2) Motion for Relief from Stay by Nextgear
   Financial

3) Debtor's Motion to Extend Time for
   Confirmation of Plan


CERTIFICATE OF REPORTER:                                 11

WORD INDEX:                                              12

1              ORLANDO, FLORIDA, MARCH 23, 2023, 9:36 P.M.
2                         P R O C E E D I N G S
3              THE COURT: Okay.  So the next case we have on
4    the calendar is 22-3852, Malibu Bay Homeowners
5    Association Two.  Okay.
6              MR. MORGAN: Attorney Eric Morgan for Malibu.
7              MR. STEFFENS: Erick Steffens, Your Honor, on
8    behalf of Creditor Nextgear Financial.
9              THE COURT: Okay.  Good morning.  All right.
10   And then Mr. Buenaventura.
11             MR. BUENAVENTURA: Bryan Buenaventura on behalf
12   of the United States Trustee.
13             THE COURT: All right.  Good morning.  And then
14   is anyone here on Zoom for Malibu Bay Homeowners?
15             Okay.  All right.  So, Mr. Morgan, I don't see
16   that an amended plan was filed.  What's the story?
17             MR. MORGAN: Your Honor, I would say sort of I'm
18   in a -- I guess in a state of conflict maybe with the
19   client or -- I mean basically the information that I
20   requested was not provided.  Maybe they can't do it,
21   maybe they won't do it, but, you know, without
22   information about the income or the source of funds I --
23   I just don't know how I can go forward.  So I was unable
24   to provide the requested information.  I've not been
25   given the requested information for March and so --

4

1  THE COURT: Okay.
2  MR. MORGAN: -- I do think there's funds
3  available but it's, you know, they're sort of mystery
4  funds, you know. It's --
5  THE COURT: Well, if you can't put the
6  information in a format where creditors can, you know,
7  review and decide whether to vote for a plan or not, like
8  I don't know what we can do here, and then we have Mr.
9  Steffens who wants stay relief and then I saw that the
10 other creditor for the other property also filed a --
11 MR. MORGAN: Yes.
12 THE COURT: -- stay relief motion. So I didn't
13 see at least as to Nextgear's motion that the Debtor
14 filed a response. So is there a response to be had?
15 MR. MORGAN: Well, Your Honor, I just, you know,
16 I -- I'm not, you know, I didn't file the case -- I filed
17 the case with a hope of going forward in a functional way
18 but, you know, if I don't have information about the
19 income, you know, in a way that that makes sense and is
20 confirmable, you know. I mean it's fine if, you know,
21 it's great if money is sort of provided to Malibu and
22 they make payments, but if we don't really know kind of
23 the source or where it's coming from or how consistent
24 that might be, I don't -- I just sort of don't, you know,
25 should I then object to motions for stay relief and cause

5

1  other, you know, delays and problems.  So I just -- I,
2  you know, I just feel like I've come to a stopping point
3  and I don't want to -- I mean I was actually thinking
4  that maybe I should file a motion to -- to withdraw, you
5  know.
6           THE COURT:  Oh, okay.  Well, all right.  So it
7  sounds like you don't have a defense that you can present
8  to the Court for purposes of Mr. Steffens' stay relief
9  motion.
10          MR. MORGAN:  Correct.
11          THE COURT:  Okay.  So, Mr. Steffens, why don't
12 you just give me the two second summary of --
13          MR. STEFFENS:  Sure, Your Honor.
14          THE COURT:  -- yes.
15          MR. STEFFENS:  I'm here on behalf of Malibu or,
16 excuse me, of Nextgear for relief from stay on the
17 property specifically in Broward, 626 Northwest 208 in
18 Pembroke Pines.  There's a pending foreclosure.  We're
19 just seeking relief in order to finish the foreclosure.
20          THE COURT:  Oh, so it hasn't gone to judgment
21 yet or?
22          MR. STEFFENS:  It has gone to judgment.
23          THE COURT:  So you want to reset the sale?
24          MR. STEFFENS:  Yes.
25          THE COURT:  Okay.  So it looks like based upon

1   my review of the motion that the value of the property is
2   significantly less than the debt so there's no equity.
3             MR. STEFFENS: Correct.
4             THE COURT: And it doesn't sound like the Debtor
5   is able to -- has not been able to submit a confirmable
6   plan, so that will be granted.  Mr. Steffens, will you
7   see to that order?
8             MR. STEFFENS: Yes.
9             THE COURT: Okay.  And then -- all right.  So
10  then, Mr. Morgan, so then the motion to extend the time
11  to confirm will be denied.  And then I guess the question
12  is, you know, is there any reason why this case shouldn't
13  even be dismissed?
14            MR. MORGAN: I mean, Your Honor, unless there's
15  a -- see change in -- in what I'm dealing with I really
16  couldn't formulate or articulate a way to respond to
17  that.  So --
18            THE COURT: Well, it just seems to me that the
19  issues regarding the information that the U.S. Trustee's
20  Office had requested from the beginning of the case which
21  was back in October has not been provided, they haven't
22  provided you the information you need to propose an
23  amended plan that would be confirmable, the original plan
24  was not confirmable, and so if you are telling me, you
25  know, that you still don't have the information, that

7

1  you're not going to be able to present a confirmable plan
2  in the foreseeable future, then I don't really know that
3  I have any other choice but to dismiss the case.  So --
4           MR. MORGAN: I mean there may be a way forward
5  for them.  I mean I do think they have access to funds.
6  There may be a way forward for them but it may -- they
7  may need a different attorney or somebody that is a
8  little bit more fluent, you know, than I am and different
9  paths, but I, for me, I, you know, I don't have a way
10 forward for this without just getting the U.S. Trustee
11 what they want.
12          THE COURT: Okay.  Well, I mean a bankruptcy is
13 typically a good way for a company to reorganize.  I mean
14 that's what it's for --
15          MR. MORGAN: Yeah.
16          THE COURT: -- but if you don't have the
17 information, I don't know that it could be you or anyone
18 else if the information's not provided.  So unless Mr.
19 Buenaventura or Mr. Steffens has any argument, otherwise
20 I would be dismissing this case.
21          MR. BUENAVENTURA: Your Honor, if I may.
22          THE COURT: Yes, please.
23          MR. BUENAVENTURA: Your Honor, the deficiency
24 still exists.  We don't have the January or February
25 Monthly Operating Report.  The Monthly Operating Report

1  I believe for November and December didn't include the
2  Debtor-In-Possession bank account information which is
3  something that we clearly need to be able to know how the
4  financial status of the Debtor is, and I believe it's
5  also stated and it's not disputed that the plan filed is
6  not confirmable.
7           So the United States Trustee is planning on
8  filing a motion to dismiss this case, but if Your Honor
9  finds that there is cause, that there is a debtor -- an
10 operating order that's entered in every Chapter 11
11 bankruptcy case and it does delineate what the Debtor-In-
12 Possession responsibilities are -- if Your Honor finds
13 that there is cause as of right now to dismiss this case
14 then we would support that, otherwise we will be filing a
15 motion to dismiss either way and this can potentially
16 drag it out a little bit more further but that is
17 something that the United States Trustee is prepared to
18 do.
19           THE COURT: Okay.  All right.
20           MR. BUENAVENTURA: But we would support a
21 dismissal as well.
22           THE COURT: Okay.  Thank you.  All right.  Mr.
23 Steffens, is there any position from your client?
24           MR. STEFFENS: I would just reiterate what the
25 Trustee just indicated.

9

1        THE COURT: Okay.  All right.  Well, based upon
2   the lack of progress in the case and the inability of the
3   Debtor to propose a confirmable plan, we are here on a
4   continued status conference where any matter in the case
5   can be determined and for granting a stay relief as well
6   as a pending stay relief for the other creditor that has
7   a lien on the other property owned by the Debtor, I'm
8   going to dismiss the case.
9        So, Mr. Buenaventura, do you want to submit
10  that order?
11       MR. BUENAVENTURA: Yes.  What would I be tying
12  it to, Your Honor, because we don't have a pending motion
13  on file dismissing the case?
14       THE COURT: Well, I guess it came on before the
15  status conference -- you know, I'll do it, I'll handle
16  it.  That's fine.
17       MR. BUENAVENTURA: Thank you, Your Honor.
18       THE COURT:  I can do the order based upon my
19  own motion.  So, okay.
20       All right.  Well, good luck, Mr. Morgan, with
21  your clients so --
22       MR. MORGAN: Your Honor, I have learned a lot on
23  this.  Over the years I've had so many small businesses
24  come to me hoping for help and I've always said, oh, this
25  is a big thing, you got to go to a big city for this.  I

1   always thought that it was something a small business
2   couldn't do.  I think there is a path for businesses at
3   least to have a shot.  I think it's a narrow shot but,
4   you know, I'm glad I took the case and I've enjoyed
5   working with the Office of the Trustee.
6              THE COURT:  Okay.
7              MR. MORGAN:  And, you know, I do look forward to
8   possibly help like some other businesses.  So I do
9   appreciate the time and the resources that have been
10  invested in this case.  It may seem like a silly case but
11  for me it was a great opportunity so.
12             THE COURT:  Okay.  All right.  Well, good,
13  that's something positive out of the negative.  So, all
14  right.  Well, thank you all.
15             MR. MORGAN:  Thank you, Your Honor.
16             THE COURT:  And we'll see you next time.
17             (Thereupon, the taking of the proceedings was
18  concluded.)

11

C E R T I F I C A T E

I certify that the foregoing is a correct transcript

from the electronic sound recording of the proceedings in

the above-styled matter.

*Cynthia D. Vachon*          April 11, 2023
Cynthia D. Vachon
Notary Public-State of Florida
Commission Expires: 07/24/2026
Commission Number: HH291609

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

/s/Lois H. Simonds
Accredited Court Reporters

## A
**able** 6:5,5 7:1 8:3
**above-styled** 11:4
**access** 7:5
**account** 8:2
**Accredited** 1:48 11:15
**acreporters@emba...** 1:49
**amended** 3:16 6:23
**Appearing** 1:33,39 1:44
**appreciate** 10:9
**April** 11:6
**argument** 7:19
**articulate** 6:16
**Association** 1:10 3:5
**attorney** 1:29 3:6 7:7
**Aurora** 1:37
**AUTHENTICATED** 11:12
**available** 4:3

## B
**back** 6:21
**bank** 8:2
**bankruptcy** 1:1,20 7:12 8:11
**based** 5:25 9:1,18
**basically** 3:19
**Bay** 1:9 3:4,14
**beginning** 6:20
**behalf** 1:33,39,44 3:8 3:11 5:15
**believe** 8:1,4
**big** 9:25,25
**bit** 7:8 8:16
**Broward** 5:17
**Bryan** 1:29 3:11
**Buenaventura** 1:29 3:10,11,11 7:19,21 7:23 8:20 9:9,11,17
**BUILDING** 1:22
**business** 10:1
**businesses** 9:23 10:2 10:8

## C
**C** 1:22,27 3:2 11:1,1
**calendar** 3:4
**can't** 3:20 4:5
**case** 1:5 3:3 4:16,17 6:12,20 7:3,20 8:8 8:11,13 9:2,4,8,13 10:4,10,10
**cause** 4:25 8:9,13
**CERTIFICATE** 2:15
**CERTIFIED** 11:12
**certify** 11:2
**change** 6:15
**Chapter** 8:10
**choice** 7:3
**city** 9:25
**clearly** 8:3
**client** 3:19 8:23
**clients** 9:21
**come** 5:2 9:24
**coming** 4:23
**Commission** 11:9,10
**company** 7:13
**concluded** 10:18
**conference** 2:5 9:4,15
**confirm** 6:11
**confirmable** 4:20 6:5 6:23,24 7:1 8:6 9:3
**Confirmation** 2:11
**conflict** 3:18
**consistent** 4:23
**continued** 2:5 9:4
**correct** 5:10 6:3 11:2
**couldn't** 6:16 10:2
**Court** 1:1,48 3:3,9,13 4:1,5,12 5:6,8,11,14 5:20,23,25 6:4,9,18 7:12,16,22 8:19,22 9:1,14,18 10:6,12 10:16 11:15
**creditor** 3:8 4:10 9:6
**creditors** 4:6
**Cynthia** 11:7

## D
**D** 2:1 3:2 11:7
**dealing** 6:15
**debt** 6:2
**debtor** 1:12,39 4:13 6:4 8:4,9 9:3,7
**Debtor-In-** 8:11
**Debtor-In-Possessi...** 8:2
**Debtor's** 2:10
**December** 8:1
**decide** 4:7
**defense** 5:7
**deficiency** 7:23
**delays** 5:1
**delineate** 8:11
**denied** 6:11
**determined** 9:5
**didn't** 4:12,16 8:1
**different** 7:7,8
**dismiss** 7:3 8:8,13,15 9:8
**dismissal** 8:21
**dismissed** 6:13
**dismissing** 7:20 9:13
**disputed** 8:5
**DISTRICT** 1:2
**DIVISION** 1:3
**doesn't** 6:4
**don't** 3:15,23 4:8,18 4:22,24,24 5:3,7,11 6:25 7:2,9,16,17,24 9:12
**drag** 8:16

## E
**E** 1:19,27,27 2:1 3:2 3:2 11:1,1
**either** 8:15
**electronic** 1:47 11:3
**enjoyed** 10:4
**entered** 8:10
**equity** 6:2
**Eric** 1:35 3:6
**Erick** 1:41 3:7
**ESQUIRE** 1:35,41
**excuse** 5:16
**exists** 7:24
**Expires** 11:9
**extend** 2:10 6:10

## F
**F** 11:1
**February** 7:24
**FEDERAL** 1:22
**FEDERALLY** 11:12
**feel** 5:2
**file** 4:16 5:4 9:13
**filed** 3:16 4:10,14,16 8:5
**filing** 8:8,14
**financial** 1:45 2:8 3:8 8:4
**finds** 8:9,12
**fine** 4:20 9:16
**finish** 5:19
**Florida** 1:2,24,32,38 1:43 3:1 11:8
**fluent** 7:8
**foreclosure** 5:18,19
**foregoing** 11:2
**foreseeable** 7:2
**format** 4:6
**formulate** 6:16
**forward** 3:23 4:17 7:4,6,10 10:7
**functional** 4:17
**funds** 3:22 4:2,4 7:5
**further** 8:16
**future** 7:2

## G
**G** 3:2
**GEORGE** 1:22
**getting** 7:10
**give** 5:12
**given** 3:25
**glad** 10:4
**go** 3:23 9:25
**going** 4:17 7:1 9:8
**good** 3:9,13 7:13 9:20 10:12
**GRACE** 1:19
**granted** 6:6
**granting** 9:5
**great** 4:21 10:11
**guess** 3:18 6:11 9:14

**H**

H 11:14
handle 9:15
hasn't 5:20
haven't 6:21
HELD 1:19
help 9:24 10:8
HH291609 11:10
Homeowners 1:9 3:4 3:14
Honor 3:7,17 4:15 5:13 6:14 7:21,23 8:8,12 9:12,17,22 10:15
HONORABLE 1:19
hope 4:17
hoping 9:24

**I**

I'll 9:15,15
I'm 3:17 4:16 5:15 6:15 9:7 10:4
I've 3:24 5:2 9:23,24 10:4
inability 9:2
include 8:1
income 3:22 4:19
INDEX 2:17
indicated 8:25
information 3:19,22 3:24,25 4:6,18 6:19 6:22,25 7:17 8:2
information's 7:18
International 1:42
invested 10:10
issues 6:19
it's 4:3,4,20,21,23 7:14 8:4,5 10:3

**J**

January 7:24
JUDGE 1:20 2:3
judgment 5:20,22

**K**

kind 4:22
know 3:21,23 4:3,4,6 4:8,15,16,18,19,20 4:20,22,24 5:1,2,5 6:12,25 7:2,8,9,17 8:3 9:15 10:4,7

**L**

lack 9:2
Lake 1:43
Law 1:36
learned 9:22
lien 9:7
little 7:8 8:16
LLC 1:10,45
look 10:7
looks 5:25
lot 9:22
luck 9:20

**M**

Malibu 1:9 3:4,6,14 4:21 5:15
March 1:15 3:1,25
Mary 1:43
matter 9:4 11:4
mean 3:19 4:20 5:3 6:14 7:4,5,12,13
Melbourne 1:38
MIDDLE 1:2
money 4:21
Monthly 7:25,25
Morgan 1:35,36 3:6 3:6,15,17 4:2,11,15 5:10 6:10,14 7:4,15 9:20,22 10:7,15
morning 3:9,13
motion 2:7,10 4:12 4:13 5:4,9 6:1,10 8:8,15 9:12,19
motions 4:25
mystery 4:3

**N**

N 1:27 2:1 3:2
narrow 10:3
need 6:22 7:7 8:3
negative 10:13
Nextgear 1:44 2:7 3:8 5:16
Nextgear's 4:13
Northwest 5:17
Notary 11:8
November 8:1
Number 11:10

**O**

O 3:2
object 4:25
October 6:21
Office 1:30 6:20 10:5
oh 5:6,20 9:24
okay 3:3,5,9,15 4:1 5:6,11,25 6:9 7:12 8:19,22 9:1,19 10:6 10:12
operating 7:25,25 8:10
opportunity 10:11
order 5:19 6:7 8:10 9:10,18
original 6:23
Orlando 1:3,24,32 3:1
owned 9:7

**P**

P 1:27,27,41 3:2
P.A 1:36
P.M 3:1
Parkway 1:42
path 10:2
paths 7:9
payments 4:22
Pembroke 5:18
pending 5:18 9:6,12
Pines 5:18
plan 2:11 3:16 4:7 6:6,23,23 7:1 8:5 9:3
planning 8:7
please 7:22
point 5:2
position 8:23
positive 10:13
Possession 8:12
possibly 10:8
potentially 8:15
prepared 8:17
present 5:7 7:1
problems 5:1
proceedings 1:17,47 2:3 10:17 11:3
progress 9:2
property 4:10 5:17 6:1 9:7
propose 6:22 9:3
provide 3:24
provided 1:48 3:20 4:21 6:21,22 7:18
Public-State 11:8
purposes 5:8
put 4:5

**Q**

question 6:11

**R**

R 1:27 3:2 11:1
really 4:22 6:15 7:2
reason 6:12
recorded 1:47
recording 1:47 11:3
regarding 6:19
reiterate 8:24
relief 2:7 4:9,12,25 5:8,16,19 9:5,6
reorganize 7:13
Report 7:25,25
REPORTER 2:15
Reporters 1:48 11:15
requested 3:20,24,25 6:20
reset 5:23
resources 10:9
respond 6:16
response 4:14,14
responsibilities 8:12
review 4:7 6:1
right 3:9,13,15 5:6 6:9 8:13,19,22 9:1 9:20 10:12,14
Road 1:37

| | | | |
|---|---|---|---|
| **ROBSON** 1:19 2:3 | 10:14,15 | **X** | 9:36 3:1 |
| **S** | **that's** 7:14 8:10 9:16 10:13 | **X** 2:1 | |
| **S** 1:27 3:2 | **there's** 4:2 5:18 6:2 6:14 | **Y** | |
| **s/Lois** 11:14 | **they're** 4:3 | **Yeah** 7:15 | |
| **sale** 5:23 | **thing** 9:25 | **years** 9:23 | |
| **saw** 4:9 | **think** 4:2 7:5 10:2,3 | **you're** 7:1 | |
| **second** 5:12 | **thinking** 5:3 | **YOUNG** 1:22 | |
| **see** 3:15 4:13 6:7,15 10:16 | **thought** 10:1 | **Z** | |
| **seeking** 5:19 | **time** 2:10 6:10 10:9 10:16 | **Zoom** 3:14 | |
| **sense** 4:19 | **transcript** 1:17,48 11:2,12 | **0** | |
| **shot** 10:3,3 | **TRIAL** 1:29 | **07/24/2026** 11:9 | |
| **shouldn't** 6:12 | **Trustee** 1:30,33 3:12 7:10 8:7,17,25 10:5 | **1** | |
| **significantly** 6:2 | **Trustee's** 6:19 | **1** 2:5 | |
| **silly** 10:10 | **two** 1:10 3:5 5:12 | **11** 2:15 8:10 11:6 | |
| **Simonds** 11:14 | **tying** 9:11 | **12** 2:17 | |
| **small** 9:23 10:1 | **typically** 7:13 | **2** | |
| **somebody** 7:7 | **U** | **2** 2:7 | |
| **sort** 3:17 4:3,21,24 | **U.S** 6:19 7:10 | **2023** 1:15 3:1 11:6 | |
| **sound** 1:47 6:4 11:3 | **unable** 3:23 | **208** 5:17 | |
| **sounds** 5:7 | **United** 1:1,20,30,33 3:12 8:7,17 | **22-3852** 3:4 | |
| **source** 3:22 4:23 | **V** | **23** 1:15 3:1 | |
| **specifically** 5:17 | **Vachon** 11:7 | **250** 1:42 | |
| **state** 3:18 | **value** 6:1 | **2800** 1:37 | |
| **stated** 8:5 | **vote** 4:7 | **3** | |
| **States** 1:1,20,30,33 3:12 8:7,17 | **W** | **3** 2:3,10 | |
| **status** 2:5 8:4 9:4,15 | **want** 5:3,23 7:11 9:9 | **4** | |
| **stay** 2:7 4:9,12,25 5:8 5:16 9:5,6 | **wants** 4:9 | **400** 1:23,31 | |
| **Steffens** 1:41 3:7,7 4:9 5:8,11,13,15,22 5:24 6:3,6,8 7:19 8:23,24 | **Washington** 1:23,31 | **407** 1:50 | |
| **stopping** 5:2 | **way** 4:17,19 6:16 7:4 7:6,9,13 8:15 | **443-9289** 1:50 | |
| **story** 3:16 | **we'll** 10:16 | **5** | |
| **Street** 1:23,31 | **We're** 5:18 | **6** | |
| **submit** 6:5 9:9 | **West** 1:23,31 | **6:22-bk-03852-GER** 1:5 | |
| **summary** 5:12 | **What's** 3:16 | **626** 5:17 | |
| **support** 8:14,20 | **withdraw** 5:4 | **7** | |
| **Sure** 5:13 | **won't** 3:21 | | |
| **T** | **WORD** 2:17 | **8** | |
| **T** 11:1,1 | **working** 10:5 | | |
| **telling** 6:24 | | **9** | |
| **thank** 8:22 9:17 | | | |