IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: In Re: Malibu Bay Homeowners Association Two, LLC

MALIBU BAY HOMEOWNERS ASSOCIATION
TWO, LLC,

    Appellant,

v.                                                     Case No: 6:23-cv-00653-RBD

NEXTGEAR FINANCIAL LLC, and           Bkpt. Case No.: 6:22-bk-03852-GER
MARY IDA TOWNSON

    Debtor.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
INITIAL BRIEF AND INCORPORATED MEMORANDUM OF LAW**

      Appellant/Debtor, MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC, by and through its undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 8013 and 9006, and Local Rule 3.01, hereby moves this Court for an extension of time for the filing of its Initial Brief, and in support states:

      1.      Appellant/Debtor's Initial Brief is due on June 7, 2023.

      2.      The undersigned counsel is a solo practitioner who has had several matters come due over the past three weeks, including several evidentiary hearings, depositions, and appellate briefs.

      3.      Due to the undersigned counsel's heavy workload, counsel requests an extension of time to complete the Initial Brief in this matter.  Counsel requests an extension of 30 days, or until July 7, 2023, to complete the Initial Brief.

1

4. The undersigned counsel has conferred with opposing counsel, Jill Kelso, Esq., of Appellee, Mary Ida Townson, United States Trustee for Region 21, who has stated that Appellee has no objection to this extension request as long as Appellee can also receive a 30-day extension of time for its Responsive Brief, if needed. Appellant/Debtor does not oppose Appellee also receiving a 30-day extension for its Responsive Brief, if needed, such that the deadline for Appellee United States Trustee to file her brief would be extended through and including September 7, 2023.

5. This motion is not filed for the purposes of delay, but rather, counsel files this motion to ensure that he has sufficient time to prepare a competent Initial Brief.

## MEMORANDUM OF LAW

The time for filing Appellant's initial brief is provided in Federal Rule of Bankruptcy Procedure 8018, which states in pertinent part:

> (a) Time to serve and file a brief. The following rules apply unless the district court or BAP by order in a particular case excuses the filing of briefs or specifies different time limits:
>
> (1) The appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically.
>
> . . .

Fed. R. Bankr. P. 8018(a). In this case, the notice that the record has been transmitted was filed on May 8, 2023 (Doc. 4), and thus, Appellant's initial brief is due on June 7, 2023.

Rule 9006(b) controls enlargement of time to file an initial brief and provides:

> (b) Enlargement.
>
> (1) In general. Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified

> period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.
> . . .

Fed. R. Bankr. P. 9006(b). Since the time for filing the Initial Brief has not yet expired, Appellant does not need to show excusable neglect. Rather, this Court has full discretion to grant an extension for cause shown.

Appellant requests this extension due to its counsel's recent heavy caseload, and its counsel's need for more time to complete the Initial Brief. Given that Appellee does not object to this extension request and that no prejudice is shown, Appellant respectfully asks that this Court grant this extension.

WHEREFORE Appellant/Debtor, MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC, respectfully requests that this Court grant it an extension of 30 days to file its Initial Brief, up to and until July 7, 2023, and grant Appellee United States Trustee a similar extension through and including September 7, 2023, to file her responsive brief, and for such further relief as this Court deems just and proper.

Dated this 1st day of June, 2023.

  /s/Henry G. Gyden  
**HENRY G. GYDEN, ESQUIRE**  
Florida Bar No. 0158127  
GYDEN LAW GROUP, P.A.  
1228 East 7th Ave.  
Suite 200  
Tampa, Florida 33605  
(813) 493-4181  
(813) 337-0244 FAX  
Appellate Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2023, a true and correct copy of the foregoing Statement of Issues was filed through the Court's CM/ECF Noticing System that will serve a copy electronically to all registered CM/ECF participants.

/s/Henry G. Gyden
**HENRY G. GYDEN, ESQUIRE**
Florida Bar No. 0158127
GYDEN LAW GROUP, P.A.
1228 East 7th Ave. Suite 200
Tampa, Florida 33605
(813) 493-4181
(813) 337-0244 FAX
Appellate Counsel for Debtor