IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: In Re: Malibu Bay Homeowners Association Two, LLC

MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC,

    Appellant,

v.                                                                                  Case No: 6:23-cv-00653-RBD

NEXTGEAR FINANCIAL LLC, and                          Bkpt. Case No.: 6:22-bk-03852-GER
MARY IDA TOWNSON

    Debtor.
_____/

## STATEMENT OF ISSUES TO BE PRESENTED

Appellant/Debtor, MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC, by and through their undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby states the issues to be presented on appeal:

The bankruptcy court erred when it:

1.    entered an Order dismissing the matter when the debtor lacked the authority to provide the requested information on separate legal business entities as to income said entities were receiving.

1

2. entered an Order dismissing the matter when no motion to dismiss was properly noticed for the hearing.

3. entered an Order denying Debtor's motion for extension of time to file case plan.

Dated this 1st day of June, 2023.

  /s/Henry G. Gyden
**HENRY G. GYDEN, ESQUIRE**
Florida Bar No. 0158127
GYDEN LAW GROUP, P.A.
1228 East 7th Ave.
Suite 200
Tampa, Florida 33605
(813) 493-4181
(813) 337-0244 FAX
Appellate Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2023, a true and correct copy of the foregoing Statement of Issues was filed through the Court's CM/ECF Noticing System that will serve a copy electronically to all registered CM/ECF participants.

/s/Henry G. Gyden
**HENRY G. GYDEN, ESQUIRE**
Florida Bar No. 0158127
GYDEN LAW GROUP, P.A.
1228 East 7th Ave. Suite 200
Tampa, Florida 33605
(813) 493-4181

                (813) 337-0244 FAX
                Appellate Counsel for Debtor