IN THE UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: In Re: Malibu Bay Homeowners Association Two, LLC

MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC,

    Appellant,

v.                                                                  Case No: 6:23-cv-00653-RBD

NEXTGEAR FINANCIAL LLC, and                  Bkpt. Case No.:6:22-bk-03852-GER
MARY IDA TOWNSON

    Debtor.
_____/

### MOTION FOR VOLUNTARY DISMISSAL OF APPEAL AND INCORPORATED MEMORANDUM OF LAW

Appellant/Debtor, MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC, by and through their undersigned counsel and pursuant to Rule 8023(b), of the Federal Rules of Bankruptcy Procedure, hereby moves that this Court dismiss this appeal, and states:

    1.    This appeal was initial docketed on April 11, 2023.

    2.    Appellant/Debtor has decided to voluntarily dismiss this appeal.

    3.    The undersigned counsel has conferred with opposing co-counsel, Frederick Gaston Hall, Esq., for Appellee, Mary Ida Townson, United States Trustee for Region 21, who has stated that Appellee has no objection to a voluntary dismissal of this appeal with each party paying their own attorney's fees and costs.

    4.    Accordingly, Appellant requests that this Court enter an Order Dismissing this Appeal and directing that each party shall be responsible for their own attorney's fees and costs

1

regarding this appeal.

## MEMORANDUM OF LAW

The voluntary dismissal of a bankruptcy appeal is controlled by Federal Rule of Bankruptcy Procedure, Rule 8023(b), which states in pertinent part:

> *(b) Appellant's Motion to Dismiss.* An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the district court or BAP.

Fed. R. Bankr. P. 8023(b). Thus, this Court may dismiss this appeal upon Appellant's motion.

Appellee has agreed that this appeal may be dismissed with each party paying their own attorney's fees and costs.

WHEREFORE Appellant/Debtor, MALIBU BAY HOMEOWNERS ASSOCIATION TWO, LLC, respectfully requests that this Court grant this motion and dismiss this appeal with each party being responsible for their own attorney's fees and costs, and for such further relief as this Court deems just and proper.

Dated this 3rd day of July, 2023.

    /s/Henry G. Gyden  
**HENRY G. GYDEN, ESQUIRE**  
Florida Bar No. 0158127  
GYDEN LAW GROUP, P.A.  
1228 East 7th Ave.  
Suite 200  
Tampa, Florida 33605  
(813) 493-4181  
(813) 337-0244 FAX  
Appellate Counsel for Debtor

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 3, 2023, a true and correct copy of the foregoing Statement of Issues was filed through the Court's CM/ECF Noticing System that will serve a copy electronically to all registered CM/ECF participants.

/s/Henry G. Gyden
**HENRY G. GYDEN, ESQUIRE**
Florida Bar No. 0158127
GYDEN LAW GROUP, P.A.
1228 East 7th Ave. Suite 200
Tampa, Florida 33605
(813) 493-4181
(813) 337-0244 FAX
Appellate Counsel for Debtor