UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MALIBU BAY HOMEOWNERS
ASSOCIATION TWO, LLC,

    Appellant,

v.                                                     Case No. 6:23-cv-653-RBD

NEXTGEAR FINANCIAL LLC,

    Appellee.
_____

**ORDER**

Before the Court is Appellant's unopposed motion to dismiss where the parties agree to be responsible for their own attorney's fees and costs. (Doc. 9 ("Motion")); *see* Fed. R. Bankr. P. 8023(b).

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Appellant's Motion (Doc. 9) is **GRANTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own attorney's fees and costs.

3. The Clerk is **DIRECTED** to close this case

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 12, 2023.

ROY B. DALTON JR.
United States District Judge